Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Welcome Group 2, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AEP Ohio<br>P.O. Box 371496<br>Pittsburgh, PA 15250-7496 | | Utility Service | | | | $2,600.25 |
| Aimee Vogann<br>543 Cornell Street<br>Zanesville, OH 43701 | | Wages | | | | $0.00 |
| Allison Bruce<br>1115 Ohio Street<br>Zanesville, OH 43701 | | Wages | | | | $0.00 |
| Charter Communications<br>P.O. Box 6030<br>Carol Stream, IL 60197-6030 | | Telephone, Internet, and Cable Utility | | | | $0.00 |
| Christie Hayhurst<br>2103 Marion Avenue<br>Zanesville, OH 43701 | | Wages | | | | $0.00 |
| Christine Bowers<br>925 Langan Lane<br>Zanesville, OH 43701 | | Wages | | | | $0.00 |
| Expedia<br>P.O. Box 844120<br>Dallas, TX 75284-4120 | | Trade Debt | | | | $771.98 |
| Gordon Food Services, Inc.<br>P.O. Box 88029<br>Chicago, IL 60680-1029 | | Trade Debt | | | | $2,131.24 |

Debtor **Welcome Group 2, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HD Supply Facilities Maintenance, Ltd.** P.O. Box 509058 San Diego, CA 92150-9058 | | Trade Debt | | | | $253.60 |
| **Innvite Hospitality Group, LLC** 5955 East Dublin Granville Road New Albany, OH 43054 | | Payroll Advance | | | | $20,000.00 |
| **Itria Ventures, LLC** 1 Penn Plaza, Suite 3101 New York, NY 10119 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1,334,920.00 |
| **Mailender** P.O. Box 23158 New York, NY 10087-3158 | | Trade Debt | | | | $453.00 |
| **Muskingum County Board of Commissioners** 401 Main Street Zanesville, OH 43701 | | Sales Tax | | | | $1,971.58 |
| **Muskingum County Convention** Attn: Downtown CSR 113 North Fifth Street Zanesville, OH 43701 | | Sales Tax | | | | $2,628.77 |
| **Muskingum County Utilities** 375 Richards Road Zanesville, OH 43701 | | Utility Service | | | | $4,088.56 |
| **Ohio Bureau of Workers' Compensation** Attn: Law Section Bankruptcy Unit P.O. Box 15567 Columbus, OH 43215-0567 | | Dues | | | | $1,575.91 |

Debtor **Welcome Group 2, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ohio Department of Taxation** **Attn: Bankruptcy Division** **PO Box 530** **Columbus, OH 43216** | | **Sales Tax** | | | | $4,764.65 |
| **Ohio Department of Taxation** **C/O Bankruptcy Division** **30 East Broad Street, 21st Floor** **Columbus, OH 43215** | | | | | | $50.00 |
| **Super 8 Worldwide, Inc.** **15020 Collections Center Drive** **Chicago, IL 60693** | | **Trade Debt** | | | | $40,218.58 |
| **Waste Management of Ohio, Inc.** **P.O. Box 4648** **Carol Stream, IL 60197-4648** | | **Trade Debt** | | | | $278.45 |