# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | Case No. 2:23-bk-53043 |
| ) | |
| ) | Chapter 11 |
| WELCOME GROUP 2, LLC, *et al.*,[1] ) | |
| ) | Judge Nami Khorrami |
| Debtors. ) | |
| ) | Joint Administration Requested |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that the undersigned enter their appearance on behalf of Itria Ventures LLC, a creditor and party in interest in these bankruptcy cases, and, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices, pleadings and papers be served on the following:

Noah M. Schottenstein, Esquire
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4514
Facsimile: (214) 665-5984
Email: noah.schottenstein@us.dlapiper.com

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters is located at 5955 East Dublin Granville Road, New Albany, Ohio 45305.

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices, pleadings and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules identified above, but also includes all notices, pleadings and papers of any kind, whether formal or informal, that are filed, served and/or transmitted in connection with these cases.

NOTICE IS FURTHER GIVEN that the filing of this Notice of Appearance and Request for Service is not intended to be a waiver or relinquishment of any right, including but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a district court; (b) the right to trial by jury in any proceeding so triable in connection with these cases or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions or interests to which Itria Ventures LLC may be entitled, whether in law or in equity, all of which are hereby expressly reserved.

Dated:  September 7, 2023

    Respectfully submitted,

    */s/ Noah M. Schottenstein*
Noah M. Schottenstein (Bar No. VA79031)
**DLA PIPER LLP (US)**
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4514
Facsimile: (214) 665-5984
Email: noah.schottenstein@us.dlapiper.com

and

C. Kevin Kobbe
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Itria Ventures LLC*

901076497.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 7th day of September, 2023, copies of the foregoing *Notice of Appearance and Request for Service* were served on all parties registered to receive service in this case through the Court's CM/ECF system.

                                      */s/ Noah M. Schottenstein*
                                      Noah M. Schottenstein