## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re   Welcome Group 2, LLC, et al.,   )   Case No.   23-53043
                                                                           )   Chapter 11
                                                                           )   Judge   Mina Nami Khorrami
        Debtors

### MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney is admitted to the State Bar of  Maryland  .

| | |
|---|---|
| Attorney Name | C. Kevin Kobbe |
| Name of Law Firm | DLA Piper LLP (US) |
| Street Address | 650 South Exeter Street, Suite 1100 |
| City, State, and Zip Code | Baltimore, MD 21202 |
| Telephone Number | (410) 580-4189 |
| Facsimile Number | (410) 580-3189 |
| Email Address | kevin.kobbe@us.dlapiper.com |
| State Bar Number | 07968 |

The undersigned seeks to appear for this party:

Itria Ventures LLC                                                                                                                                .

A list of other courts, if any, to which the undersigned has been admitted is attached.

The undersigned is in good standing to practice before the courts to which the undersigned has been admitted.

Pending disciplinary actions:

☐ Yes. If yes, attach details.
☒ No.

Dated:  September 14, 2023     Signed:  C. Kevin Kobbe

**Continuation Sheet for Application for**
**Admission *Pro Hac Vice* of C. Kevin Kobbe**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Admission Date |
|---|---|
| State of Maryland | December 19, 1990 |
| U.S. District Court for the District of Maryland | January 4, 1991 |
| U.S. District Court for the District of Columbia | July 7, 1997 |
| U.S. District Court for the Eastern District of Michigan | November 1, 2022 |
| U.S. Circuit Court of Appeals for the Third Circuit | January 11, 2007 |
| U.S. Circuit Court of Appeals for the Fourth Circuit | April 20, 1998 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2023, a copy of the foregoing *Motion for Admission Pro Hac Vice* was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court.

    /s/ Noah M. Schottenstein
Noah M. Schottenstein
DLA PIPER LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Email: noah.schottenstein@us.dlapiper.com