NCOBasic
(Rev. 09/2021)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: September 22, 2023**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| WELCOME GROUP 2, LLC | : | Case No. 23-53043 |
| | : | Chapter 11 |
| | : | Judge Mina Nami Khorrami |
| | : | |
| *Debtor(s).* | : | |

**ORDER REGARDING MOTION/APPLICATION (DOC. NO. 76)
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The certificate of service does not show service upon the required parties, or reflects service upon an incorrect party, as indicated below. (LBR 9013-3(b) provides that unless the court orders otherwise or unless specifically limited or expanded by a Rule or Local Rule, every filing, application, motion, or other paper or document filed, other than a proof of claim, shall be served on the debtor, the debtor's case attorney, the trustee, the United States Trustee, each committee appointed pursuant to the Code or in a Chapter 11 case without a committee, the 20 largest unsecured creditors, upon any party directly affected by the relief sought, and upon any party who requests notice.)

☒ Debtor

It is **ORDERED** that Movant shall file within **fourteen (14) days from the entry of this Order** an amended motion consistent with this Order. If an amended motion is not filed within **fourteen (14) days from the entry of this Order**, the Court may deny the Motion without further notice or hearing.

**SO ORDERED.**


Copies To:
Default List

Case 2:23-bk-53043    Doc 79    Filed 09/22/23    Entered 09/22/23 15:35:11    Desc Main
Document    Page 2 of 2