# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **In re:** | * | **Case No. 2:23-bk-53043** |
| | * | |
| **WELCOME GROUP 2, LLC,** *et al.*,[1] | * | **Chapter 11** |
| | * | **Judge Mina Nami Khorrami** |
| Debtors. | * | |
| | * | **Jointly Administered** |

### NOTICE OF DEBTORS/DEBTORS-IN-POSSESSION'S MOTION FOR ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

The above-captioned Debtors and Debtors-In-Possession (collectively the "Debtors") have filed a Motion for Order Extending Debtors' Exclusivity Period to File a Plan of Reorganization, a copy of which is attached hereto.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, then on or before **twenty-one (21) days from the date set forth in the Certificate of Service for the** Application, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

**U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215**

OR your attorney must file a response using the Court's ECF system.

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy of your response either by 1) the Court's ECF system or 2) regular U.S. Mail to:

**Thomsen Law Group, LLC, Counsel for Debtor, 140 North Main Street, Suite A, Springboro, OH 45066**

**Office of the U.S. Trustee, 170 North High Street, Columbus, OH Suite 200, 43215**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further hearing or

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows:  Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123).  The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

1

notice.

| | |
|---|---|
| Date of Service:  December 1, 2023 | /s/ Darlene E. Fierle |
| | Darlene E. Fierle (0081217) |
| | Denis E. Blasius (0082617) |
| | Ira H. Thomsen (0023965) |
| | Thomsen Law Group, LLC |
| | 140 North Main Street, Suite A |
| | Springboro, Ohio 45066 |
| | 937-748-5001 |
| | dfierle@ihtlaw.com |
| | *Counsel for Debtors and Debtors-In-Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **In re:** | * | Case No. 2:23-bk-53043 |
| | * | |
| **WELCOME GROUP 2, LLC,** *et al.*,[2] | * | Chapter 11 |
| | * | Judge Mina Nami Khorrami |
| Debtors. | * | |
| | * | Jointly Administered |

**DEBTORS' AND DEBTORS-IN-POSSESSION'S MOTION FOR ORDER EXTENDING
DEBTORS EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES
OF A PLAN OF REORGANIZATION**

COME NOW The above-captioned Debtors and Debtors-In-Possession (collectively the "Debtors"), by and through counsel, and pursuant to 11 *U.S.C.* §1121(d), respectfully requests that this Court extend the exclusivity deadline for filing a plan of reorganization in 11 *U.S.C.* §1121(d) up to and including February 29, 2024. A Memorandum in support of this Motion is set forth below.

Date: December 1, 2023                     Respectfully submitted,

/s/ Darlene E. Fierle
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
Ira H. Thomsen (0023965)
Thomsen Law Group, LLC
140 North Main Street, Suite A
Springboro, Ohio 45066
937-748-5001
dfierle@ihtlaw.com
*Counsel for Debtors and Debtors-In-Possession*

---

[2] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

**MEMORANDUM IN SUPPORT**

1. On September 1, 2023 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division.

2. The Debtors continue to manage their businesses as a Debtors-in-Possession pursuant to 11 U.S.C. §§1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). The venue of this chapter 11 case and this Motion is proper pursuant to 28 U.S.C. §§1408 and 1409.

4. Under 11 U.S.C. §1121(b), only the Debtors may file a plan until 120 days after the Petition Date (the "Exclusivity Period"). The Exclusivity Period deadline for debtors to file a plan of reorganization in the instant proceeding under 11 U.S.C. §1121(b) expires on December 30, 2023.

5. Given the twenty-one (21) day notice period required under the Bankruptcy Rules this Motion is being filed so that the Order extending the Exclusivity Period can be signed on or before December 30, 2023. A Proposed Order is appended to this Motion. THE DEBTORS RESPECTFULLY REQUEST THAT THE COURT SET A HEARING ON THIS MOTION ON OR BEFORE DECEMBER 30, 2023, TO BE VACATED IF NO RESPONSE HERETO IS FILED.

6. The Debtors have a high degree of confidence that a plan of reorganization will be and can be confirmed. Further, the extension granted herein would fall well within the 18 months of exclusivity under 11 U.S.C. §1121(d)(2)(B).

7. No previous extensions of the Exclusivity Period has been requested.

8. No prejudice will be suffered by parties-in-interest as a result of an extension of the Exclusivity Period requested herein. The proposed extension is being requested in good faith and is in the best interests of the estate.

**WHEREFORE**, Debtors Welcome Group 2, LLC, Dayton Hotels, LLC, and Hilliard Hotels, LLC respectfully requests that the Court extend the Exclusivity Period up to and including February 29, 2024 and set a hearing on this Motion on or before December 30, 2023 to be vacated if no response to this Motion is filed and such other and further relief as the Court deems just and proper.

Date:  December 1, 2023               Respectfully submitted,

/s/ Darlene E. Fierle
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
Ira H. Thomsen (0023965)
Thomsen Law Group, LLC
140 North Main Street, Suite A
Springboro, Ohio 45066
937-748-5001
dfierle@ihtlaw.com
*Counsel for Debtors and Debtors-In-Possession*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 1, 2023, a copy of the foregoing ***Debtors' and Debtors-In-Possession's Motion for Order Extending Debtors' Exclusivity Period to File a Plan of Reorganization*** was served on all registered ECF participants, electronically through the court's ECF System at the e- mail address registered with the court and by regular U.S. Mail, postage prepaid, upon the following:

The Largest Twenty (20) Unsecured Creditors Listed below:

| | | |
|---|---|---|
| AEP OH<br>P.O. Box 371496<br>Pittsburgh, PA 15250-7496 | AES OH<br>P.O Box 2631<br>Dayton, OH 45401-2631 | Hilton<br>755 Crossover Lane<br>Memphis, TN 38117 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Onity, Inc.<br>4001 Fairview Industrial Drive SE<br>Salem, OR 97302 | Site Search, LLC<br>55 Buttercup Court<br>Marco Island, FL 34145 |
| Best Western International, Inc.<br>P.O. Box 842700<br>Los Angeles, CA 90084-5080 | Columbia Gas of Ohio, Inc.<br>290 W. Nationwide Blvd, Unit 114<br>Columbus, Ohio 43215 | Mailender<br>P.O. Box 23158<br>New York, NY 10087-3158 |
| Charter Communications<br>P.O. Box 6030<br>Carol Stream, IL 60197-6030 | Montgomery County Board of Comm.<br>451 W Third St.<br>Dayton, OH 45422 | Montgomery County Envir.<br>1850 Spaulding Rd.<br>Kettering, OH 45432 |
| Sysco - Cincinnati<br>10510 Evendale Dr.<br>Cincinnati, OH 45241 | U.S. Foods, Inc.<br>9399 W. Higgins Road, Suite 100<br>Rosemont, IL 60018 | Direct TV<br>2260 E. Imperial Hwy.<br>El Segundo, CA 90245 |
| Montgomery County Convention Fac<br>22 E. 5th Street<br>Dayton, OH 45402 | Muskingum County Convention<br>ATTN: Downtown CSR<br>113 N. 5th St.<br>Zanesville, OH 43701 | Expedia<br>P.O. Box 844120<br>Dallas, TX 75284-4120 |
| Muskingum County Board of Commissioners<br>401 Main Street<br>Zanesville, OH 43701 | Muskingum County Utilities<br>375 Richards Rd.<br>Zanesville, OH 43701 | Washington Township Trustees<br>8200 McEwen Road<br>Dayton, OH 45458 |
| U.S. Small Business Administration<br>200 W. Santa Blvd., Suite 740<br>Santa Ana, CA 92701 | Ohio Dept. of Taxation<br>ATTN: Bankruptcy Division<br>30 E. Broad Street, 21st Fl.<br>Columbus, OH 43215 | A.C.E.<br>7715 Nothwest 22nd Avenue - 312<br>Miami, FL 33147 |
| Ohio Bureau of Workers' Compensation<br>30 W. Spring St.,<br>Columbus, OH 43215-2256 | Wilson Memorial Hospital<br>915 W. Michigan St.<br>Sidney, OH 45365 | Epro Services<br>1491 Polaris Parkway, #217<br>Columbus, OH 43240 |

| | | |
|---|---|---|
| Gordon Food Services, Inc.<br>P.O. Box 88029<br>Chicago, IL 60680-1029 | Donnellon McCarthy<br>10855 Medallion Drive<br>Cincinnati, OH 45241 | Miracle Method of Columbus<br>1575 Integrity Drive E<br>Columbus, OH 43209 |
| DeBra Kuempel<br>P.O. Box 701620<br>Cincinnati, OH 45270 | Otis Elevator<br>321 S. Main Street<br>Dayton, OH 45402 | The Ohio Painting Company<br>3040 S. Tech Blvd.<br>Miamisburg, OH 45342 |
| Servicemaster<br>1524 E. 2nd Street<br>Dayton, OH 45403 | Mega City Fire & Security<br>8210 Expansion Way<br>Dayton, OH 45424 | City of Sidney – Utility<br>201 W. Poplar Street<br>Sidney, Ohio 45365 |
| IGEL<br>2040 Alum Creek Drive<br>Columbus, Ohio 43207 | City of Sidney<br>201 W. Poplar Street<br>Sidney, Ohio 45365 | A+ Lawncare<br>3970 New Riley Road<br>Dresden, OH 43821 |

/s/ Darlene E. Fierle
Darlene E. Fierle (0081217)
*Counsel for Debtors/Debtors-In-Possession*

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **In re:** | * | Case No. 2:23-bk-53043 |
| | * | |
| **WELCOME GROUP 2, LLC**, *et al.*,[3] | * | Chapter 11 |
| | * | **Judge Mina Nami Khorrami** |
| Debtors. | * | |
| | * | Jointly Administered |

**ORDER EXTENDING DEBTORS' AND DEBTORS-IN-POSSESSION'S EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

This matter came on before the Court on the Debtors' and Debtors-In-Possession's Motion for an Order Extending Exclusivity Period to file a Plan of Reorganization (*Doc*. ___) (the "Motion"), and the Court has reviewed the Motion and finding good cause to grant the relief requested thereto approves same. It is therefore

---

[3] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

ORDERED that the Exclusivity Period[4] deadline for the Debtors to file plan of reorganization is hereby extended up to and including February 29, 2024.

**IT IS SO ORDERED.**

Copies to:

Default List Plus Top 20

---

4 Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.