# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:23-bk-53043 |
| | ) |
| WELCOME GROUP 2, LLC, et al.[2] | ) Judge Nina Nami Khorrami |
| | ) |
| Debtors. | ) Chapter 11 (Jointly Administered) |
| | ) |

## RSS WFCM2019-C50 – OH WG2, LLC'S MOTION
## TO PERMIT INSPECTION OF DEBTORS' COLLATERAL

Now comes secured creditor RSS WFCM2019-C50 – OH WG2, LLC, by and through its undersigned counsel and as a secured creditor and party in interest in this case, hereby files its *Motion to Permit Inspection of Debtors' Collateral* (the "**Motion**") respectfully seeking to inspect the real and personal property located at: (i) 2440 National Road, Zanesville, Ohio 43701 and commonly known as the Super 8 Zanesville; (ii) 1600 Hampton Court, Sidney, Ohio 45365 and commonly known as the Hampton Inn Sidney; and (iii) 8099 Old Yankee Street, Dayton, Ohio 45458 and commonly known as The Dayton Hotel South.[3]  This Motion is supported by the attached Memorandum in Support.  A proposed order is attached hereto as **Exhibit 1**, and is incorporated herein by this reference.

---

[2] This case is jointly administered with *In re Dayton Hotels LLC,* Case Number 2:23-bk-53044 and *In re Hilliard Hotels, LLC,* Case Number 2:23-bk-53045.

[3] Unless otherwise indicated, all chapter and section references in this Motion are in reference to 11 U.S.C. 101 et seq. (the "**Bankruptcy Code**").  All "**Rule**" references are to the Federal Rules of Bankruptcy Procedure unless indicated otherwise.

Respectfully submitted,

/s/ Tami Hart Kirby
Tami Hart Kirby, Esq. (#0078473)
Walter Reynolds, Esq. (#0022991)
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH  45402-2028
Telephone:  (937) 449-6721
Facsimile:  (937) 449-6820
E-mail: tkirby@porterwright.com
       wreynolds@porterwright.com

*Attorneys for Creditor RSS WFCM2019-C50 – OH WG2, LLC*

**MEMORANDUM IN SUPPORT**

I.  **BACKGROUND AND ARGUMENT**.

1. Secured Creditor RSS WFCM2019-C50 – OH WG2, LLC ("**Lender**") moves this Court to permit it to inspect the real and personal property that serves as collateral for its indebtedness.

2. Debtors Welcome Group 2, LLC, Hilliard Hotels, LLC, and Dayton Hotels, LLC (collectively, "**Debtors**") commenced this case by the filing a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code at the close of business on Friday, September 1, 2023 (the "**Petition**").

3. This Court has jurisdiction over the Motion pursuant to Sections 105(a) and 362 of Title 11 of the Bankruptcy Code. The Motion gives rise to a core proceeding under 28 U.S.C. 157(b)(2), as to which the Court has the statutory and constitutional authority to enter a final order or judgment.

4. Lender is the owner and holder of the promissory note in the principal amount of $21,300,000.00 (the "**Loan**"), a certain loan agreement ("**Loan Agreement**"), mortgages (collectively, "**Mortgages**"), assignments of rents, and other corresponding loan documents concerning the Loan (collectively, the "**Loan Documents**"). As set forth in the Mortgages, Lender has a good and valid first mortgage lien on the real and personal property located at: (i) 2440 National Road, Zanesville, Ohio 43701 and commonly known as the Super 8 Zanesville; (ii) 1600 Hampton Court, Sidney, Ohio 45365 and commonly known as the Hampton Inn Sidney; and (iii) 8099 Old Yankee Street, Dayton, Ohio 45458 and commonly known as The Dayton Hotel South(collectively, the "**Hotels**") to secure the indebtedness evidenced by the Loan.

5. Debtors are and jointly and severally liable for the indebtedness evidenced by the Loan, along with non-debtors Dayton Hotels 2, LLC and Elite Hospitality, LLC.

6. As of Petition Date, the amount owed on the Loan to Lender was the sum of $31,960,016.83, which such amounts continue to accrue.[4]

7. Pursuant to Section 4.1.4 of the Loan Agreement, Lender, and its agents, representatives, and employees have the right to inspect the Hotels or any part thereof at reasonable hours upon reasonable advance notice, subject to the rights of any tenants under their leases. A copy of the Loan Agreement is attached hereto as **Exhibit 2**, and is incorporated herein by this reference.

8. Under Section 7.11 of each of the Mortgages, upon reasonable notice to Debtors, Lender and its agents shall have the right to enter an inspect the Hotels at all reasonable times. True and accurate copies of the Mortgages are attached hereto collectively as **Exhibit 3**, and are incorporated herein by this reference.

9. Undersigned counsel has contacted Debtors' counsel several times to secure Debtors' consent to the inspection without the necessity of filing this Motion. However, as of the filing of this Motion, Debtors' counsel has not responded or provided such consent.

10. Debtors continue to utilize Lender's cash collateral in the operation of their Hotels. Despite the contractual relationship of the parties, Debtors have continually refused to permit Lender to inspect the condition of its collateral that secures the Loan.

---

[4] Lender has filed the following proofs of claims: (i) i Welcome Group 2, LLC as Claim 13; (ii) Hilliard Hotels, LLC as Claim 14; and (iii) Dayton Hotels LLC as Claim 11.

2

11. Therefore, Lender moves the Court to order Debtors to allow Lender to inspect the Hotels as soon as can be reasonably scheduled from the date of the Order entered by the Court, and that Lender be entitled to its costs incurred herein.

## II. **CONCLUSION**.

Based upon the foregoing, Lender respectfully requests that this Court enter an order: (a) granting this Motion in its entirety; (b) ordering that Debtors be required to permit Lender's agents to inspect the Hotels as soon as reasonably practicable from the date of the Order being entered by the Court, but in no event, within ten (10) business days of the date of the Order being entered by the Court; and (c) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Tami Hart Kirby
Tami Hart Kirby, Esq. (#0078473)
Walter Reynolds, Esq. (#0022991)
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH  45402-2028
Telephone:  (937) 449-6721
Facsimile:  (937) 449-6820
E-mail: tkirby@porterwright.com
           wreynolds@porterwright.com

*Attorneys for Creditor RSS WFCM2019-C50 – OH WG2, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically on this 4th day of January, 2024, which will be served on the following ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Ira H. Thomsen, Esq.
Denis E. Blasius, Esq.
Darlene E. Fierle, Esq.
140 N. Main Street, Suite A
Springboro, Ohio 45066
*Attorney for Debtor-in-Possession*

Pamela Arndt
U.S. Department of Justice, U.S. Trustee Program
170 North High Street, Suite 200
Columbus, Ohio 43215
*Attorney for the U.S. Trustee*

Assistant United States Trustee
Office of the US Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Noah Schottenstein, Esq.
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
*Attorney for Itria Ventures LLC*

Daniel M. Eliades, Esq.
Caitlin C. Conklin, Esq.
K&L Gates LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102
*Attorney for Super 8 Worldwide, Inc. and Hilton Franchise Holding LLC*

David Alan Beck
Carpenter Lipps LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215

C. Kevin Kobbe, Esq.
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
*Attorney for Itria Ventures LLC*

and on the following by ordinary U.S. Mail addressed to:

Welcome Group 2, LLC
Dayton Hotels, LLC
Hilliard Hotels, LLC
5955 E. Dublin Granville Road
New Albany, Ohio 43054
*Debtor*

*/s/* Tami Hart Kirby
*One of the Attorneys for Creditor RSS WFCM2019-C50 – OH WG2, LLC*

4