# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 23-53043 |
| | * | (Chapter 11) |
| Welcome Group 2, LLC[1] | * | |
| | * | (Judge Mina Nami Khorrami) |
| | * | |
| Debtor/Debtor-in-Possession. | * | Joint Administration |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND EXLCUSIVITY, MOTION TO SHOTEN NOTICE, MOTION FOR EXPEDITED HEARING, NOTICE OF SHORTENED NOTICE ON MOTION TO EXTEND EXCLUSIVITY, AND ORDER GRANTING SHORTENED NOTICE AND EXPEDITED HEARING (Docs. 152, 153, 154, 155, 156, and 157)**

The undersigned hereby certifies that a copies of the foregoing February 7, 2024 filings of the Debtors and Debtors-in-Possession:

- *Debtors' and Debtors-In-Possession's Second Motion for Order Extending Debtors Exclusivity Periods to File and Solicit Acceptances of a Plan of Reorganization* (Doc. 152);

- *Motion of the Debtors/Debtors-In-Possession for an Order to (A) Shorten Time for Notice and Objections to the Second Motion for Order Extending Debtors' Exclusive Periods to File and Solicit Acceptances of a Plan of Reorganization and (B) Approving the Form and Manner of Shortened Notice* (Doc. 153); *and*

- *Motion of the Debtors/Debtors-In-Possession for an Order (A) Scheduling an Expedited Hearing on Certain Motion for Order Extending Debtors' Exclusivity Periods to File and Solicit Acceptances of a Plan of Reorganization (B) Approving Form and Manner of Notice Thereof* (Doc. 154) (collectively the "Motions")

And copies of the foregoing February 8, 2024 documents:

- *ORDER (A) SHORTENING TIME FOR NOTICE AND OBJECTIONS TO THE SECOND MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION (Doc. 153) (B) SCHEDULING AN EXPEDITED HEARING ON DEBTORS' SECOND MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS TO FILE AND*

---

[1] Debtors include Welcome Group, LLC, Dayton Hotels, LLC (Case No. 23-53044) and Hilliard Hotels, LLC (Case No. 23-53045)

*SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF* (Doc. 155);

- *ORDER (A) SHORTENING TIME FOR NOTICE AND OBJECTIONS TO THE SECOND MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION (Doc. 153) (B) SCHEDULING AN EXPEDITED HEARING ON DEBTORS' SECOND MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF* (Doc. 156); and

- *Notice of Second Motion for Order Extending Debtors Exclusivity Periods to File and Solicit Acceptances of a Plan of Reorganization* (Doc. 157)

Were served on February 8, 2024 as follows:

**Via Electronic Mail Transmission:**

A+ Lawncare - austinbuty@gmail.com
A.C.E. - ksabrina33@2yahoo.com
AEP OH - CUSTOMER_SERVICE@AEP.COM
AES OH - fran.davidson@aes.com
Best Western International, Inc. - andersonke@ballardspahr.com
Charter Communications - Siobhan.mceneany@charter.com
City of Sidney – Utility awooten@sidneyoh.com
City of Sidney - dbusick@SidneyOH.com
Direct TV - COMMERCIALCUSTSAT@ATT.COM
DeBra Kuempel - emcor_info@emcor.net
Epro Services - Kelly@eproserv.net
Expedia - EXPEDIACOLLECTIONS@EXPEDIA.COM
Gordon Food Services, Inc. - TIFFANY.ROSU@GFS.COM
Internal Revenue Service - lisa.lunsford@irs.gov
Mailender - SROEBEL@MAILENDER.COM
Mega City Fire & Security - matt@megacityfire.com
Miracle Method of Columbus - mary@mmcolumbus,com
Montgomery County Environmental - WATERSERVICES@MCOHIO.ORG
Montgomery County Board of Comm. - RICEM@MCOHIO.ORG
Muskingum County Convention - INFO@MCCFA.COM
Muskingum County Utilities - MCU@MUSKINGUMCOUNTYOH.GOV
Muskingum County Board of Commissioners - SAREESE@MUSKINGUMCOUNTY.ORG
Ohio Dept. of Taxation - bankruptcydivision@tax.ohio.gov
The Ohio Painting Company - ohiopainting@gmail.com
Site Search, LLC - elizabeth@sitesearchllc.com
Sysco - Cincinnati - jack.lundstedt@axiomlaw.net
U.S. Foods, Inc. – bshaw@cozen.com

U.S. Small Business Administration – lorena.solis@sba.gov
Washington Township Trustees - GARY.SMIGA@WASHINGTONTWP.ORG

**Via Facsimile Transmission:**
Onity, Inc. - 860-353-2042
Columbia Gas of Ohio, Inc. - 866-234-2872
Montgomery County Convention Fac  - 937-225-6408
Ohio Bureau of Workers' Compensation - 866-336-8352
Wilson Memorial Hospital - 937-498-5527
Donnellon McCarthy - 513-769-7600
Otis Elevator - 937-222-8582
Servicemaster - 888-277-1424
IGEL - 614-445-8205

**And the following via ECF service on the date of filing:**

Pamela Arndt on behalf of U.S. Trustee Asst US Trustee (Col) Pamela.D.Arndt@usdoj.gov

Caitlin Conklin on behalf of Creditor Hilton Franchise Holding LLC and Super 8 Worldwide, Inc. - caitlin.conklin@klgates.com

Daniel M Eliades on behalf of Creditor Hilton Franchise Holding LLC and Super 8 Worldwide, Inc. - daniel.eliades@klgates.com

Kevin D Hughes on behalf of Creditor The Ohio Painting Company - khugheslaw@hotmail.com

Tami Hart Kirby and Walter Reynolds on behalf of Creditor RSS WFCM2019-C50 - OH WG2, LLC - tkirby@porterwright.com, wreynolds@porterwright.com

Noah M Schottenstein on behalf of Creditor Itria Ventures LLC - noah.schottenstein@us.dlapiper.com

Representing service of the above documents on (A) U.S. Trustee; (B) 20 Largest Unsecured Creditors; (C) Holders of all secured claims; and (D) any party requesting service.

                                              Respectfully submitted,

                                              /s/ Darlene E. Fierle
                                              Darlene E. Fierle (0081217)
                                              Ira H. Thomsen (0023965)
                                              *Thomsen Law Group, LLC*
                                              *Case Attorney for the Debtors and*
                                              *Debtors-in-Possession*