**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: February 29, 2024**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 23-53043 |
| Welcome Group 2, LLC | : | Chapter 11 |
| | : | Judge Nami Khorrami |
| *Debtor* | : | |

### ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. 166)

Upon consideration of a motion for relief from automatic stay filed by Hilton Franchise Holding LLC pursuant to 11 U.S.C. §362(d) on February 28, 2024 (Doc. 166), it is hereby ORDERED that:

1.	A preliminary hearing on this matter shall be held before the Court on **March 27, 2024 at 9:30 a.m. in Courtroom C, Fifth Floor, U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215.**

2.	Any timely filed response to the motion for relief from automatic stay shall be considered at the preliminary hearing. If a response is not filed, the preliminary hearing may be cancelled without further notice or hearing.

3. Should any party fail to appear at the preliminary hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as authorized by law.

4. The automatic stay imposed by 11 U.S.C. §362(a) is hereby continued in effect until the final hearing is held or the Court orders otherwise.

**5. No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

**IT IS SO ORDERED.**

Copies to:
Default List plus top 20
Tami Hart Kirby
Noah M. Schottenstein
C. Kevin Kobbe