**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: March 14, 2024**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 23-53043 |
| Welcome Group 2, LLC | : | Chapter 11 |
| | : | Judge Nami Khorrami |
| *Debtor* | : | |

**ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. 179)**

Upon consideration of a motion for relief from automatic stay filed by Creditor RSS WFCM2019-C50 - OH WG2, LLC pursuant to 11 U.S.C. §362(d) on March 12, 2024 (Doc. 179), it is hereby ORDERED that:

1. A preliminary hearing on this matter shall be held before the Court on **April 10, 2024 at 10:00 a.m. in Courtroom C, Fifth Floor, U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215.**

2. The preliminary hearing set in Paragraph 1 will not be an evidentiary hearing and parties do not need to have witnesses present to testify. At the preliminary hearing, the parties should be prepared to discuss the issues presented along with other procedural issues raised by the Court or the parties. The Court will schedule a final hearing at the conclusion of the preliminary hearing.

3.     Any timely filed response to the motion for relief from automatic stay shall be considered at the preliminary hearing. If a response is not filed, the preliminary hearing may be cancelled without further notice or hearing.

4.     Should any party fail to appear at the preliminary hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as authorized by law.

5.     The automatic stay imposed by 11 U.S.C. §362(a) is hereby continued in effect until the final hearing is held or the Court orders otherwise.

6.     **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

**IT IS SO ORDERED.**

Copies to:
Default List plus top 20
Noah M. Schottenstein
C. Kevin Kobbe
Daniel M. Eliades
Caitlin C. Conklin

Montgomery County Treasurer
451 W Third St.
Dayton, OH  45422-1000

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL  35203

Corporation Service Company, as
Representative
P.O. Box 2576
Springfield, IL  62708