**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: March 29, 2024**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | * | **Case No. 2:23-bk-53043** |
| **WELCOME GROUP 2, LLC,** *et al.*,[1] | * | **Chapter 11** |
| | * | **Judge Mina Nami Khorrami** |
| **Debtors.** | * | |
| | * | **Jointly Administered** |

**AGREED ORDER EXTENDING DEBTORS' DEADLINE TO RESPOND OR OBJECT TO CREDITOR RSS WFCM2019 – C50 – WG2, LLC'S MOTION FOR RELIEF FROM STAY (Doc. 179)**

Upon agreement of counsel for Debtors-in-Possession and counsel for creditor RSS WFCM2019-C50-WG2, LLC ("RSS"), and for good cause shown and, it is hereby,

ORDERED that Debtors shall have up to and including April 9, 2024 to file a response or objection to RSS's Motion for Relief from Stay (*Doc*. 179).

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

IT IS SO ORDERED.

/s/ Ira H. Thomsen
Ira H. Thomsen (0023965)
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
140 North Main Street, Suite A
Springboro, Ohio 45066
(937)748-5001
(937)404-6630 (Fax)
dblasius@ihtlaw.com
ithomsen@ihtlaw.com
dfierle@ihtlaw.com

*Thomsen Law Group, LLC*
*Case Attorney and Counsel for*
*Debtors/Debtors-in-Possession*


/s/ Walter Reynolds (per email authority 3/28/24)
Tami Hart Kirby, Esq. (#0078473)
Walter Reynolds, Esq. (#0022991)
Porter Wright Morris & Arthur
One South Main Street, Suite 1600
Dayton, OH  45402-2028
(937) 449-6721
(937) 449-6820 (Fax)
tkirby@porterwright.com
wreynolds@porterwright.com

*Attorneys for Creditor RSS WFCM2019-C50-WG2, LLC*

Copies to:  Default List