**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: April 18, 2024**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 2:23-bk-53043 |
| **WELCOME GROUP 2, LLC,** *et al.*,[1] | * | Chapter 11 |
| | * | Judge Mina Nami Khorrami |
| Debtors. | * | |
| | * | Jointly Administered |

**AGREED ORDER EXTENDING RSS WFCM2019-C50 – OH WG2, LLC'S DEADLINE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR RELIEF FROM STAY (Doc. 179)**

Upon agreement of counsel for Debtors-in-Possession and counsel for creditor RSS WFCM2019-C50-WG2, LLC ("RSS"), and for good cause shown and, it is hereby,

ORDERED that RSS shall have up to and including April 26, 2024 to file a reply memorandum in further support of its Motion for Relief from Stay (*Doc*. 179).

IT IS SO ORDERED.

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

Submitted by:

/s/ Ira H. Thomsen
Ira H. Thomsen (0023965)
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
140 North Main Street, Suite A
Springboro, Ohio 45066
(937)748-5001
(937)404-6630 (Fax)
dblasius@ihtlaw.com
ithomsen@ihtlaw.com
dfierle@ihtlaw.com

*Thomsen Law Group, LLC*
*Case Attorney and Counsel for*
*Debtors/Debtors-in-Possession*


/s/ Tami Hart Kirby
Tami Hart Kirby, Esq. (#0078473)
Walter Reynolds, Esq. (#0022991)
Porter Wright Morris & Arthur
One South Main Street, Suite 1600
Dayton, OH  45402-2028
(937) 449-6721
(937) 449-6820 (Fax)
tkirby@porterwright.com
wreynolds@porterwright.com

*Attorneys for Creditor RSS WFCM2019-C50-WG2, LLC*

Copies to:  Default List