**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: April 22, 2024**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>WELCOME GROUP 2, LLC, *et al.*[1]<br><br>　　　　　　　　　　Debtors. | Case No.: 2:23-bk-53043<br><br>Chapter 11<br><br>Judge Mina Nami Khorrami<br><br>Jointly Administered |

**SCHEDULING ORDER UPON THE MOTION OF HILTON FRANCHISE HOLDING LLC FOR RELIEF FROM AUTOMATIC STAY (Doc. 166)**

This matter came before the Court for hearing on March 27, 2024 (the "Preliminary Hearing") on the *Motion of Hilton Franchise Holding LLC for Relief from the Automatic Stay* (ECF No. 166, the "Motion") and the *Objection of Hilliard Hotels, LLC to Hilton Franchise*

---

[1] This case is jointly administered with In re Dayton Hotels LLC, Case Number 2:23-bk-53044 and In re Hilliard Hotels, LLC, Case Number 2:23-bk-53045. This Motion relates to the case of In re Hilliard Hotels, LLC.

1

*Holding LLC's Motion for Relief from Automatic Stay* (ECF No. 191, the "Objection"). The Court having reviewed the Motion, the certification of Shruti Buckley in support of the Motion, and the Objection, the statement of Abhijit Vasani in support of the Objection; and upon consideration of the statements of counsel at the Preliminary Hearing, and it is further appearing that good cause exists for the entry of this Scheduling Order on the terms and conditions set forth herein; it is therefore

      **ORDERED**, that

      1.     The automatic stay will continue until a decision on the Motion is reached by the Court.

      2.     The Court will withhold its decision on the Motion pending the completion of the briefing, discovery and final hearing as set forth below:

            i.     On or before May 13, 2024, Hilton and Hillard shall file and serve briefs on the issue of whether the actual or hypothetical test applies to the assumption of the Franchise Agreement in this proceeding.

            ii.     Hilliard and Hilton shall have sixty (60) days after the Court issues its decision on the matter to be briefed in subparagraph (i) to conduct and conclude discovery on any factual or legal issue raised in Motion or Objection prior to the final hearing on the Motion.

      **IT IS SO ORDERED.**

      Copies to: Default List.