Form 3ptrial
(Rev. 1/22)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re*:

    Welcome Group 2, LLC

    *Debtor.*

Case No. 23−53043
Chapter 11
Judge Mina Nami Khorrami

TAX ID: 83−0586795

## NOTICE OF PRETRIAL CONFERENCE

Notice is given that a pre−trial will be held at:

**ADDRESS:** Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

**DATE:** 8/14/24

**TIME:** 01:30 PM

    **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

)[172] Motion to Appoint Examiner filed by Creditor RSS WFCM2019−C50 − OH WG2, LLC; and any and all responses thereto.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: April 23, 2024

                                                           FOR THE COURT:
                                                            Richard B. Jones
                                                            Clerk, U.S. Bankruptcy Court