UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Welcome Group 2, LLC | CASE NO: 23-53043<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 224 |

On 5/13/2024, I did cause a copy of the following documents, described below,

AMENDED MOTION BY THE DEBTORS/DEBTORS-IN-POSSESSION FOR ORDERS UNDER 11 U.S.C. §§ 105(a), 361, 362 AND 363, FEDERAL BANKRUPTCY RULES 2002, 4001 AND 9014, AND LOCAL RULE 4001-2: (I) AUTHORIZING DEBTOR TO CONTINUE TO USE CASH COLLATERAL; (II) GRANTING  ECF Docket Reference No. 224

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2024

/s/ Darlene E. Fierle
Darlene E. Fierle  0081217

Thomsen Law Group, LLC
140 North Main Street
SPRINGBORO, OH  45066
937 748 5001
dfierle@ihtlaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Welcome Group 2, LLC | CASE NO: 23-53043<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 224 |

On 5/13/2024, a copy of the following documents, described below,

AMENDED MOTION BY THE DEBTORS/DEBTORS-IN-POSSESSION FOR ORDERS UNDER 11 U.S.C. §§ 105(a), 361, 362 AND 363, FEDERAL BANKRUPTCY RULES 2002, 4001 AND 9014, AND LOCAL RULE 4001-2: (I) AUTHORIZING DEBTOR TO CONTINUE TO USE CASH COLLATERAL; (II) GRANTING  ECF Docket Reference No. 224

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Darlene E. Fierle
Thomsen Law Group, LLC
140 North Main Street
SPRINGBORO, OH  45066

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| AEP OH<br>P.O. BOX 371496<br>PITTSBURGH, PA 15250-7496 | AES OH<br>P.O BOX 2631<br>DAYTON, OH 45401-2631 | HILTON<br>755 CROSSOVER LANE<br>MEMPHIS, TN 38117 |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ONITY, INC.<br>4001 FAIRVIEW INDUSTRIAL DRIVE SE<br>SALEM, OR 97302 | RSS WFCM2019-C50-OH WG2, LLC<br>200 S. BISCAYNE BLVD., SUITE 3550<br>MIAMI, FL 33131 |
| PAMELA ARNDT<br>170 N. HIGH STREET, SUITE 200<br>COLUMBUS, OH 43215 | WALTER REYNOLDS, ESQ.<br>1 S. MAIN STREET, SUITE 1600<br>DAYTON, OH 45402 | NOAH M. SCHOTTENSTEIN, ESQ.<br>EDWARD CAHILL TAMI HART KIRBY, ESQ. DL PIPER LLP<br>OFFICE OF THE U.S. TRUSTEE PORTER, WRIGHT, MORRIS & ARTHUR, LLP<br>1900 NORTH PEARL ST., SUITE 2200<br>DALLAS, TX 75201 |
| BEST WESTERN INTERNATIONAL, INC.<br>P.O. BOX 842700<br>LOS ANGELES, CA 90084-5080 | ITRIA VENTURES, LLC<br>1 PENN PLAZA, SUITE 3101<br>NEW YORK, NY 10119 | SITE SEARCH, LLC<br>55 BUTTERCUP COURT<br>MARCO ISLAND, FL 34145 |
| CHARTER COMMUNICATIONS<br>P.O. BOX 6030<br>CAROL STREAM, IL 60197-6030 | COLUMBIA GAS OF OHIO, INC.<br>290 W. NATIONWIDE BLVD, UNIT 114<br>COLUMBUS, OHIO 43215 | MAILENDER<br>P.O. BOX 23158<br>NEW YORK, NY 10087-3158 |
| SYSCO - CINCINNATI<br>10510 EVENDALE DR.<br>CINCINNATI, OH 45241 | MONTGOMERY COUNTY BOARD OF COMM.<br>451 W THIRD ST.<br>DAYTON, OH 45422 | MONTGOMERY COUNTY ENVIRONMENTAL<br>1850 SPAULDING RD.<br>KETTERING, OH 45432 |
| MONTGOMERY COUNTY CONVENTION FAC<br>22 E. 5TH STREET<br>DAYTON, OH 45402 | U.S. FOODS, INC.<br>9399 W. HIGGINS ROAD, SUITE 100<br>ROSEMONT, IL 60018 | DIRECT TV<br>2260 E. IMPERIAL HWY.<br>EL SEGUNDO, CA 90245 |
| MUSKINGUM COUNTY BOARD OF COMMISSIONERS<br>401 MAIN STREET<br>ZANESVILLE, OH 43701 | MUSKINGUM COUNTY CONVENTION<br>ATTN: DOWNTOWN CSR<br>113 N. 5TH ST.<br>ZANESVILLE, OH 43701 | SUPER 8 WORLDWIDE INC.,<br>22 SYLVAN WAY<br>PARSIPPANY, NJ 07054 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>200 W. SANTA BLVD., SUITE 740<br>SANTA ANA, CA 92701 | MUSKINGUM COUNTY UTILITIES<br>375 RICHARDS RD.<br>ZANESVILLE, OH 43701 | EXPEDIA<br>P.O. BOX 844120<br>DALLAS, TX 75284-4120 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OHIO BUREAU OF WORKERS' COMPENSATION<br>30 W. SPRING ST.,<br>COLUMBUS, OH 43215-2256 | OHIO DEPT. OF TAXATION<br>ATTN: BANKRUPTCY DIVISION<br>30 E. BROAD STREET, 21ST FL.<br>COLUMBUS, OH 43215 | WASHINGTON TOWNSHIP TRUSTEES<br>8200 MCEWEN ROAD<br>DAYTON, OH 45458 |
| GORDON FOOD SERVICES, INC.<br>P.O. BOX 88029<br>CHICAGO, IL 60680-1029 | WILSON MEMORIAL HOSPITAL<br>915 W. MICHIGAN ST.<br>SIDNEY, OH 45365 | A.C.E.<br>7715 NOTHWEST 22ND AVENUE - 312<br>MIAMI, FL 33147 |
| DEBRA KUEMPEL<br>P.O. BOX 701620<br>CINCINNATI, OH 45270 | DONNELLON MCCARTHY<br>10855 MEDALLION DRIVE<br>CINCINNATI, OH 45241 | EPRO SERVICES<br>1491 POLARIS PARKWAY, #217<br>COLUMBUS, OH 43240 |
| SERVICEMASTER<br>1524 E. 2ND STREET<br>DAYTON, OH 45403 | OTIS ELEVATOR<br>321 S. MAIN STREET<br>DAYTON, OH 45402 | MIRACLE METHOD OF COLUMBUS<br>1575 INTEGRITY DRIVE E<br>COLUMBUS, OH 43209 |
| IGEL<br>2040 ALUM CREEK DRIVE<br>COLUMBUS, OHIO 43207 | MEGA CITY FIRE & SECURITY<br>8210 EXPANSION WAY<br>DAYTON, OH 45424 | THE OHIO PAINTING COMPANY<br>3040 S. TECH BLVD.<br>MIAMISBURG, OH 45342 |
| A LAWNCARE<br>3970 NEW RILEY ROAD<br>DRESDEN, OH 43821 | CITY OF SIDNEY<br>201 W. POPLAR STREET<br>SIDNEY, OHIO 45365 | CITY OF SIDNEY – UTILITY<br>201 W. POPLAR STREET<br>SIDNEY, OHIO 45365 |

CAITLIN C. CONKLIN, ESQ.
DANIEL M. ELIADES
K&L GATES LLP
ONE NEWARK CENTER, TENTH FL.
1085 RAYMOND BLVD
NEWARK, NJ 07102