**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: May 16, 2024**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 2:23-bk-53043 |
| **WELCOME GROUP 2, LLC**, *et al.*,[1] | * | Chapter 11 |
| | * | Judge Mina Nami Khorrami |
| Debtors. | * | |
| | * | Jointly Administered |

**SCHEDULING ORDER UPON THE MOTION OF RSS WFCM2019-C50 - OH WG2 LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR 1600 HAMPTON COURT, SIDNEY, OHIO 45365 (Doc. 179)**

This matter came before the Court for hearing on April 10, 2024 (the "Preliminary Hearing") on the *RSS WFCM2019-C50 – OH WG2, LLC's Motion for Relief from the Automatic Stay for 1600 Hampton Court, Sidney, Ohio 45365* (the "Motion") (Doc. 179), the *Objection of Hilliard Hotels, LLC to RSS WFCM2019-C50 – OH WG2, LLC's Motion for Relief from the*

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

1

*Automatic Stay for 1600 Hampton Court, Sidney, Ohio 45365* (the "Objection") (Doc. 200), and the *Reply of RSS WFCM2019-C50 – OH WG2, LLC to Objection of Hilliard Hotels, LLC to RSS WFCM2019-C50 – OH WG2, LLC's Motion for Relief from the Automatic Stay for 1600 Hampton Court, Sidney, Ohio 45365* (the "Reply")(Doc. 222). The Court having reviewed the Motion and the Objection; and upon consideration of the statements of counsel at the Preliminary Hearing, and it is further appearing that good cause exists for the entry of this Scheduling Order on the terms and conditions set forth herein; IT IS THEREFORE

**ORDERED**, that

1. The automatic stay will continue until either a decision on the Motion is reached by the Court or further order of the Court.

2. The Court will withhold its decision on the Motion pending the completion of the discovery, briefing, and final hearing as set forth below:

   i. Debtor Hilliard Hotels, LLC and RSS WFCM2019-C50 – OH WG2, LLC shall have up to and including July 17, 2024, to conduct and conclude discovery on any factual or legal issue raised in the Motion, Objection, or Reply prior to the final hearing on the Motion.

   ii. Debtor Hilliard Hotels, LLC and RSS WFCM2019-C50 – OH WG2, LLC shall have up to and including August 16, 2024 to file and serve supplemental briefs on any issues related to the Motion, Objection, Reply or information obtained in the course of the above discovery prior to the final hearing on the Motion.

**IT IS SO ORDERED.**

Copies to: Default List