**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: May 30, 2024**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **In re:** | * | Case No. 2:23-bk-53043 |
| | * | |
| **WELCOME GROUP 2, LLC, *et al.*,**[1] | * | Chapter 11 |
| | * | Judge Mina Nami Khorrami |
| Debtors. | * | |
| | * | Jointly Administered |

## ORDER EXTENDING DEBTORS' AND DEBTORS-IN-POSSESSION'S EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION (DOC. 217)

This matter came on before the Court on the Debtors' and Debtors-In-Possession's Third Motion for an Order Extending Exclusivity Period to file a Plan of Reorganization (*Doc*. 217) and an Order extending the period for acceptance of a plan (the "Motion"), and the Court has reviewed the Motion and finding good cause to grant the relief requested thereto approves same. It is therefore

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

1

ORDERED that the Exclusivity Period[2] deadline for the Debtors to file plan of reorganization is hereby extended up to and including October 31, 2024 and the Plan Acceptance Period in extended to December 30, 2024.

**IT IS SO ORDERED.**

Copies to:

Default List Plus Top 20

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.