Form 3ptrial
(Rev. 1/22)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

*In re*:

Welcome Group 2, LLC

*Debtor.*

Case No. 23−53043
Chapter 11
Judge Mina Nami Khorrami

TAX ID:   83−0586795

## NOTICE OF PRETRIAL CONFERENCE

Notice is given that a pre−trial will be held at:

**ADDRESS:** By Telephone, U.S. Bankruptcy Court, Southern District, OH

**DATE:**   9/25/24

**TIME:**   01:00 PM

**TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

[166] Motion for Relief from Stay to terminate Franchise Agreement Filed by Creditor Hilton Franchise Holding LLC).

This telephonic hearing will be held via Zoom and will begin promptly at the scheduled time. Please note: Zoom telephonic hearings will only work with a telephone connection. Please call in to Zoom at least 15 minutes prior to the scheduled hearing time to assure technical compatibility, otherwise you may not be permitted to participate in the hearing. Please see the Zoom telephone number and meeting ID below.

Dial by telephone
+1 669 254 5252
Meeting ID: 161 306 9535

One tap mobile
+16692545252,,1613069535#

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: August 12, 2024

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court