**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*/s/ Mina Nami Khorrami*
Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: August 16, 2024**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | * | **Case No. 2:23-bk-53043** |
| **WELCOME GROUP 2, LLC,** *et al.*,[1] | * | **Chapter 11** |
| | * | **Judge Mina Nami Khorrami** |
| **Debtors/Debtors-in-Possession.** | * | |
| | * | **Jointly Administered** |

### AGREED ORDER EXTENDING DEADLINE
### TO SUBMIT SUPPLEMENTAL BRIEFS (DOC. 229)

Upon agreement of counsel for RSS WFCM2019-C50-OH WG2, LLC ("RSS") and counsel for Debtor Hilliard Hotels, LLC ("Debtor"), and it being represented to the Court that discovery in this Motion proceeding extended beyond the deadline set in the *Scheduling Order Upon the Motion of RSS WFCM2019-C50-OH WG2, LLC's Motion for Relief for the Automatic Stay for 1600 Hampton Court, Sidney, Ohio 45365* (*Doc.* 179) (Doc. 229), and for good cause

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows:  Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123).  The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

shown, it is hereby

**ORDERED** that RSS and Debtor shall have up to and including September 9, 2024 to file and serve supplemental briefs on any issues related to the Motion, Objection, Reply or information obtained in the course of the above discovery prior to the final hearing on the Motion.

**IT IS SO ORDERED.**

/s/ Ira H. Thomsen
Ira H. Thomsen (0023965)
Denis E. Blasius (0082617)
Darlene E. Fierle (0081217)
140 North Main Street, Suite A
Springboro, Ohio 45066
937-748-5001
937-404-6630 (Fax)
ithomsen@ihtlaw.com
dblasius@ihtlaw.com
dfierle@ihtlaw.com

*Thomsen Law Group, LLC*
*Case Attorney and Counsel for*
*Debtors/Debtors-in-Possession*


/s/ Tami Hart Kirby (per email authority)
Tami Hart Kirby (0078473)
Walter Reynolds (0022991)
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402-2024
937-449-6721
937-449-6820 (Fax)
tkirby@porterwright.com
wreynolds@porterwright.com

*Attorneys for Creditor RSS WFCM2019-C50-OH WG2, LLC*

Copies to: Default List