## UNITED STATES BANKRUPTCY COURT

Southern  DISTRICT OF  Ohio

Eastern Division

| | | | |
|---|---|---|---|
| In Re. Dayton Hotels LLC, et al. | § | Case No. | 23-53044 |
| Jointly Administered | § | | |
| | § | Lead Case No. | 23-53043 |
| Debtor(s) | § | | |
| | | ☒ Jointly Administered | |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2024          Petition Date: 09/01/2023

Months Pending: 11          Industry Classification: 7 2 1 1

Reporting Method:          Accrual Basis ◯          Cash Basis ⦿

Debtor's Full-Time Employees (current):          10

Debtor's Full-Time Employees (as of date of order for relief):          7

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☐  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/Abhijit Vasani
_____
Signature of Responsible Party

08/20/2024
_____
Date

Abhijit Vasani
_____
Printed Name of Responsible Party

5955 E Dublin Granville Road New Albany OH 43054
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Dayton Hotels LLC, et al.

Jointly Administered

Case No.  23-53044

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $164,144 | |
| b.  Total receipts (net of transfers between accounts) | $216,767 | $1,214,141 |
| c.  Total disbursements (net of transfers between accounts) | $175,059 | $1,035,301 |
| d.  Cash balance end of month (a+b+c) | $205,852 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $175,059 | $1,035,301 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $7,420 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $213,272 | |
| e.  Total assets | $3,175,813 | |
| f.  Postpetition payables (excluding taxes) | $8,803 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $25,146 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $33,949 | |
| k.  Prepetition secured debt | $3,967,514 | |
| l.  Prepetition priority debt | $36,906 | |
| m.  Prepetition unsecured debt | $1,441,759 | |
| n.  Total liabilities (debt) (j+k+l+m) | $5,480,128 | |
| o.  Ending equity/net worth (e-n) | $-2,304,315 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $165,150 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $45,696 | |
| c.  Gross profit (a-b) | $119,454 | |
| d.  Selling expenses | $48,896 | |
| e.  General and administrative expenses | $16,892 | |
| f.  Other expenses | $37,319 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $731 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $5,904 | |
| k.  Profit (loss) | $9,711 | $16,585 |

UST Form 11-MOR (12/01/2021)

Debtor's Name Dayton Hotels LLC, et al.

Jointly Administered

Case No.  23-53044

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No.  23-53044

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No.  23-53044

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No. 23-53044

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No.  23-53044

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Dayton Hotels LLC, et al.
Jointly Administered

Case No.  23-53044

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

### Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $1,051 | $14,550 |
| d. | Postpetition employer payroll taxes paid | $10,891 | $24,317 |
| e. | Postpetition property taxes paid | $0 | $27,944 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $25,146 | $147,049 |
| g. | Postpetition other taxes paid (local, state, and federal) | $19,620 | $121,903 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● | No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ |

Debtor's Name  Dayton Hotels LLC, et al.
          Jointly Administered

Case No.  23-53044

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Abhijit Vasani

Signature of Responsible Party

President

Title

Abhijit Vasani

Printed Name of Responsible Party

08/20/2024

Date

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No. 23-53044



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No. 23-53044

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Dayton Hotels LLC, et al.
Jointly Administered

Case No.  23-53044



PageThree



PageFour



**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 1 of 13

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

4490        IMG                4250  S            Y        ST01

000638767270619 P

⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂

DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH  43054-0773

☎                                        ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                                              *800-673-3555*

***U.S. Bank accepts Relay Calls***

***Internet:***                                                  *usbank.com*

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.          

---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective August 12, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* document that may impact your account. A current copy of the *Business Pricing Information* disclosure can be obtained by calling 800-673-3555 or by visiting your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Platinum checking updates include the following:
  - U.S. Bank Payment Solutions Merchant Banking is being added as an option for the Monthly Maintenance Fee waiver
  - Transactions - 550 free per statement cycle, then $0.40 each (previously 500 free transactions)
  - Cash Deposit Fee - 250 free units per month, then $0.33 per $100 (previously 200 free units)
- Gold Checking updates include the following:
  - Transactions - 350 free per statement cycle, then $0.45 each (previously 300 free transactions)
  - Cash Deposit Fee - 125 free units per month, then $0.33 per $100 (previously 100 free units)
- The Non-U.S. Bank ATM transaction fee for denied transactions will be removed.
- Under the Foreign Currency section, the Foreign Exchange Fee (Admin Fee) will be charged for transactions of $300 (previously $250) U.S. Dollars or less, or for any currency purchases returned within seven days.

Beginning August 12, 2024, a copy of the *Business Pricing Information* document will be available by calling 800-673-3555 or by visiting your local branch.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement at once.  The balances shown are correct unless you notify us of any error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                          $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5.  Total lines 3 and 4.                                                                                      $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.                                        $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 2 of 13

---

## INFORMATION YOU SHOULD KNOW                                          (CONTINUED)

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

## SILVER BUSINESS CHECKING                                            *Member FDIC*

U.S. Bank National Association                                         Account Number

### Account Summary

|                              | # Items |    |            |
|------------------------------|---------|----|------------|
| Beginning Balance on Jul 1   |         | $  | 164,144.34 |
| Customer Deposits            | 7       |    | 59,843.72  |
| Other Deposits               | 49      |    | 156,923.09 |
| Card Withdrawals             | 21      |    | 22,788.82- |
| Other Withdrawals            | 30      |    | 71,247.72- |
| Checks Paid                  | 47      |    | 81,022.49- |
| **Ending Balance on Jul 31, 2024** |   | $ | **205,852.12** |

### Customer Deposits

| Number | Date  | Ref Number | Amount   | Number | Date   | Ref Number | Amount    |
|--------|-------|------------|----------|--------|--------|------------|-----------|
|        | Jul 2 | 8314256159 | 9,394.56 |        | Jul 16 | 8313623266 | 9,916.48  |
|        | Jul 5 | 9213881729 | 3,075.60 |        | Jul 23 | 8314514703 | 9,916.48  |
|        | Jul 5 | 9213881751 | 6,663.80 |        | Jul 29 | 8014906216 | 11,482.24 |
|        | Jul 9 | 8313655868 | 9,394.56 |        |        |            |           |
|        |       |            |          |        | **Total Customer Deposits** | $ | **59,843.72** |

### Other Deposits

| Date  | Description of Transaction          |                          | Ref Number |    | Amount    |
|-------|-------------------------------------|--------------------------|------------|----|-----------|
| Jul 1 | Electronic Deposit                  | From PAYMENTECH          |            | $  | 4,306.40  |
|       | REF=241800163032860N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 2 | Electronic Deposit                  | From PAYMENTECH          |            |    | 4,771.89  |
|       | REF=241830048351910N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 2 | Electronic Deposit                  | From PAYMENTECH          |            |    | 5,343.55  |
|       | REF=241830017531300N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 2 | Electronic Deposit                  | From PAYMENTECH          |            |    | 6,687.20  |
|       | REF=241830167187820N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 3 | Electronic Deposit                  | From PAYMENTECH          |            |    | 11,158.16 |
|       | REF=241840150168840N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 5 | Electronic Deposit                  | From PAYMENTECH          |            |    | 903.07    |
|       | REF=241870042772160N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 5 | Electronic Deposit                  | From PAYMENTECH          |            |    | 2,437.67  |
|       | REF=241850180611780N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 8 | Electronic Deposit                  | From PAYMENTECH          |            |    | 2,355.79  |
|       | REF=241870139332910N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 9 | Electronic Deposit                  | From PAYMENTECH          |            |    | 1,290.50  |
|       | REF=241900085676420N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 9 | Electronic Deposit                  | From PAYMENTECH          |            |    | 2,597.83  |
|       | REF=241900115123390N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 9 | Electronic Deposit                  | From PAYMENTECH          |            |    | 6,821.56  |
|       | REF=241900209999360N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 10| Electronic Deposit                  | From PAYMENTECH          |            |    | 3,105.85  |
|       | REF=241910138564790N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 11| Electronic Deposit                  | From PAYMENTECH          |            |    | 12,045.99 |
|       | REF=241920170591610N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 12| Electronic Deposit                  | From CORP LODG CON 3     |            |    | 65.82     |
|       | REF=241930133404090N00              | 1480866331DLY QPY CR89802|            |    |           |
| Jul 12| Electronic Deposit                  | From PAYMENTECH          |            |    | 1,438.84  |
|       | REF=241930184353230N00              | 1020401225DEPOSIT 6107962|            |    |           |
| Jul 15| Electronic Deposit                  | From CORP LODG CON 3     |            |    | 65.82     |
|       | REF=241940051299690N00              | 1480866331DLY QPY CR89802|            |    |           |

**U.S. bank**

DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number:
███████████

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 3 of 13

# SILVER BUSINESS CHECKING                                        (CONTINUED)

U.S. Bank National Association

**Account Number** ███████████

## Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 15 | Electronic Deposit REF=241970034137850N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 93.31 |
| Jul 15 | Electronic Deposit REF=241940034473480N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 130.00 |
| Jul 15 | Electronic Deposit REF=241940091454950N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 2,538.33 |
| Jul 16 | Electronic Deposit REF=241970093222270N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 130.00 |
| Jul 16 | Electronic Deposit REF=241970107406160N00 | From CORP LODG CON 3 1480866331DLY QPY CR89802 | | 197.46 |
| Jul 16 | Electronic Deposit REF=241970061525760N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 1,752.94 |
| Jul 16 | Electronic Deposit REF=241970034538380N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 3,278.88 |
| Jul 17 | Electronic Deposit REF=241980193430970N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 13,779.12 |
| Jul 18 | Electronic Deposit REF=241990121662820N00 | From PAYMENTECH 1020401225CHARGEBACK6107962 | | 109.51 |
| Jul 18 | Electronic Deposit REF=241990121663140N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 2,324.76 |
| Jul 19 | Electronic Deposit REF=242000128193110N00 | From iEmerge Inc d b 1061672388BUSINESS | | 25.00 |
| Jul 19 | Electronic Deposit REF=242000070366960N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 219.02 |
| Jul 19 | Electronic Deposit REF=242000128954140N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 2,678.16 |
| Jul 22 | Electronic Deposit REF=242040066293260N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 30.00 |
| Jul 22 | Electronic Deposit REF=242040059953560N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 130.00 |
| Jul 22 | Electronic Deposit REF=242010127671510N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 2,247.79 |
| Jul 23 | Electronic Deposit REF=242040132603260N00 | From CORP LODG CON 3 1480866331DLY QPY CR89802 | | 65.82 |
| Jul 23 | Electronic Deposit REF=242040119403340N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 546.55 |
| Jul 23 | Electronic Deposit REF=242040063585440N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 3,481.21 |
| Jul 23 | Electronic Deposit REF=242040181215060N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 3,509.50 |
| Jul 23 | Electronic Deposit REF=242040090712550N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 5,569.46 |
| Jul 24 | Electronic Deposit REF=242050105487430N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 8,365.16 |
| Jul 25 | Electronic Deposit REF=242060061166260N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 222.69 |
| Jul 25 | Electronic Deposit REF=242060134531720N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 582.20 |
| Jul 26 | Electronic Deposit REF=242070139869630N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 4,870.70 |
| Jul 29 | Electronic Deposit REF=242110080551060N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 90.17 |
| Jul 29 | Electronic Deposit REF=242080146071380N00 | From PAYMENTECH 1020401225DEPOSIT   6107962 | | 3,700.47 |
| Jul 30 | Electronic Deposit REF=242110176281370N00 | From CORP LODG CON 3 1480866331DLY QPY CR89802 | | 131.64 |

**U.S. bank**

DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number: ▮▮▮▮

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 4 of 13

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                          Account Number ▮▮▮▮

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 30 | Electronic Deposit REF=242110081922720N00 | From PAYMENTECH 1020401225DEPOSIT  6107962 | | 4,517.61 |
| Jul 30 | Electronic Deposit REF=242110106096100N00 | From PAYMENTECH 1020401225DEPOSIT  6107962 | | 5,734.76 |
| Jul 30 | Electronic Deposit REF=242110230424680N00 | From PAYMENTECH 1020401225DEPOSIT  6107962 | | 10,909.62 |
| Jul 31 | Electronic Deposit REF=242120096275910N00 | From AMERICAN EXPRESS 1134992250SETTLEMENT1340304377 | | 105.91 |
| Jul 31 | Electronic Deposit REF=242120178071350N00 | From PAYMENTECH 1020401225DEPOSIT  6107962 | | 9,459.40 |
| | | **Total Other Deposits** | **$** | **156,923.09** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9250

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 1 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 062724 800-798-8888 GA REF # 24940454180011186000446 | 0001186000 | $ 584.34- |
| Jul 3 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 070124 800-798-8888 GA REF # 24940454184001414002392 | 4001414002 | 1,266.02- |
| Jul 3 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 062724 800-798-8888 GA REF # 24940454184001414005262 | 4001414005 | 1,346.04- |
| Jul 5 | Debit Purchase - VISA SAMSCLUB.COM ***********9250 | On 070124 888-746-7726 AR REF # 24226384185000603465793 | 5000603465 | 284.13- |
| Jul 5 | Debit Purchase - VISA SAMSCLUB.COM ***********9250 | On 070224 888-746-7726 AR REF # 24226384186000635417191 | 6000635417 | 451.97- |
| Jul 8 | Recurring Debit Purchase SiteMinder Hospi ***********9250 | On 070724 029-2214444  TX REF # 24204294189001110728 US1 | 9001110728 | 416.50- |
| Jul 10 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 070824 800-798-8888 GA REF # 24940454191001807000558 | 1001807000 | 135.84- |
| Jul 10 | Debit Purchase - VISA PLUNKETTS PEST C ***********9250 | On 070824 MINNEAPOLIS  MN REF # 24013394190001770815637 | 0001770815 | 317.73- |
| Jul 10 | Debit Purchase - VISA NEW WEST MATTRE ***********9250 | On 070924 818-5769424  CA REF # 24755424192151924897828 | 2151924897 | 6,492.56- |
| Jul 10 | Debit Purchase - VISA INDOFF INCORPORA ***********9250 | On 071024 3149971122 MO REF # 24412954191010171000324 | 1010171000 | 7,290.00- |
| Jul 11 | Debit Purchase - VISA SAMSCLUB.COM ***********9250 | On 070824 888-746-7726 AR REF # 24226384192000818422390 | 2000818422 | 746.68- |
| Jul 15 | Recurring Debit Purchase SiteMinder Hospi ***********9250 | On 071324 029-2214444  TX REF # 24204294195000310713 US1 | 5000310713 | 64.00- |
| Jul 15 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 071124 800-798-8888 GA REF # 24940454195002086005181 | 5002086005 | 98.08- |
| Jul 15 | Debit Purchase - VISA HD SUPPLY FACILI ***********9250 | On 071124 800-798-8888 GA REF # 24940454195002086005199 | 5002086005 | 163.76- |

**U.S. BANK**   DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Desc.

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 5 of 13

# SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association

**Account Number** ▮▮▮▮▮▮▮

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-9250

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 15 | Debit Purchase - VISA<br>HD SUPPLY FACILI<br>************9250 | On 071124 800-798-8888 GA<br>REF # 24940454194002017003553 | 4002017003 | 536.53- |
| Jul 18 | Debit Purchase - VISA<br>SAMSCLUB.COM<br>************9250 | On 071524 888-746-7726 AR<br>REF # 24226384199001029426884 | 9001029426 | 583.83- |
| Jul 19 | Debit Purchase - VISA<br>HD SUPPLY FACILI<br>************9250 | On 071724 800-798-8888 GA<br>REF # 24940454200002384001463 | 0002384001 | 223.59- |
| Jul 19 | Debit Purchase - VISA<br>FURNISHED FINDER<br>************9250 | On 071724 AUSTIN TX<br>REF # 24493984200009458257373 | 0009458257 | 750.00- |
| Jul 25 | Debit Purchase - VISA<br>SAMSCLUB.COM<br>************9250 | On 072224 888-746-7726 AR<br>REF # 24226384206370287414739 | 6370287414 | 688.86- |
| Jul 26 | Debit Purchase - VISA<br>HD SUPPLY FACILI<br>************9250 | On 072424 800-798-8888 GA<br>REF # 24940454207002823001531 | 7002823001 | 272.34- |
| Jul 29 | Debit Purchase - VISA<br>SAMSCLUB.COM<br>************9250 | On 072524 888-746-7726 AR<br>REF # 24226384208370397492193 | 8370397492 | 76.02- |

|  | | | | |
|---|---|---|---|---|
| | **Card 9250  Withdrawals Subtotal** | | $ | 22,788.82- |
| | **Total Card Withdrawals** | | $ | 22,788.82- |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 2 | Electronic Withdrawal<br>REF=241830066398070N00 | To PAYMENTECH<br>1020401225CHARGEBACK6107962 | | $   109.51- |
| Jul 2 | Electronic Withdrawal<br>REF=241830127638990N00 | To 3D VECTRENENERGY<br>1352107003VED ACH EB000012755327 | | 578.10- |
| Jul 2 | Electronic Withdrawal<br>REF=241830168202210N00 | To US FOODSERVICE<br>4880371951VENDOR PAY070221610258000 | | 1,416.43- |
| Jul 2 | Electronic Withdrawal<br>REF=241830140136880N00 | To Covenant Underwr<br>I371651334Insurance A2023SACCY | | 3,159.57- |
| Jul 3 | Electronic Withdrawal<br>REF=241840081790090N00 | To 3D VECTRENENERGY<br>1352107003VED ACH DR000012829694 | | 16.67- |
| Jul 3 | Electronic Withdrawal<br>REF=241840150169330N00 | To PAYMENTECH<br>1020401225FEE     6107962 | | 3,130.26- |
| Jul 5 | Electronic Withdrawal<br>REF=241870023776960N00 | To AMERICAN EXPRESS<br>1134992250AXP DISCNT1340304377 | | 53.51- |
| Jul 8 | Electronic Withdrawal<br>REF=241900084703090N00 | To US FOODSERVICE<br>4880371951VENDOR PAY070821610258000 | | 1,648.10- |
| Jul 10 | Wire Debit REF003748<br>BNF=OCEAN BLUE STAFFING | VYSTAR CU JAX     240710B01LJY<br>DAYTONA BEACH FL | | 7,803.00- |
| Jul 11 | Electronic Withdrawal<br>REF=241920175523460N00 | To PAYROLL-BAMBOOHR<br>13044832  DEPOSIT  13044832 | | 7,648.00- |
| Jul 15 | Analysis Service Charge | | 1500000000 | 44.50- |
| Jul 15 | Electronic Withdrawal<br>REF=241970029857520N00 | To AMERICAN EXPRESS<br>1134992250COLLECTION1340304377 | | 100.00- |
| Jul 15 | Electronic Withdrawal<br>REF=241940057752260N00 | To PNP BILLPAYMENT<br>3333308324071124EK  159067165-10805 | | 3,468.71- |
| Jul 15 | Electronic Withdrawal<br>REF=241940040326120N00 | To 8013OHIO-TAXOSUT<br>1070060004OH SALESTX000001012648335 | | 9,213.76- |
| Jul 16 | Electronic Withdrawal<br>REF=241970156680860N00 | To US FOODSERVICE<br>4880371951VENDOR PAY071621610258000 | | 574.95- |


DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number: ▮▮▮▮

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 6 of 13

---

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                    **Account Number** ▮▮▮▮

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 17 | Electronic Withdrawal REF=241980123884020N00 | To AMERICAN EXPRESS 1134992250COLLECTION1340304377 | | 100.00- |
| Jul 18 | Electronic Withdrawal REF=241990062290200N00 | To CORP LODG CON 4 1480866331WEK DRF DB89802 | | 13.15- |
| Jul 19 | Electronic Withdrawal REF=242000128953860N00 | To PAYMENTECH 1020401225CHARGEBACK6107962 | | 100.00- |
| Jul 19 | Electronic Withdrawal REF=242000112171270N00 | To QUARTERLY FEE 1501000502PAYMENT   0000 | | 904.40- |
| Jul 19 | Electronic Withdrawal REF=242000016108364N00 | To EXPEDIA, INC. 491199608310100615_7127001002640 | | 1,895.89- |
| Jul 19 | Wire Debit REF004866 BNF=NIMBLE ACCOUNTING | FIRST LONG ISLAND   240719B022VF SERVICES | | 4,500.00- |
| Jul 22 | Electronic Withdrawal REF=242010138505610N00 | To FORTIS OPERATING 1273375894PAYMENT   48723 | | 493.42- |
| Jul 22 | Electronic Withdrawal REF=242010124520890N00 | To SBA EIDL LOAN 7300000118PAYMENT   0000 | | 731.00- |
| Jul 22 | Electronic Withdrawal REF=242040068969990N00 | To US FOODSERVICE 4880371951VENDOR PAY072221610258000 | | 1,631.28- |
| Jul 24 | Wire Debit REF000726 BNF=OCEAN BLUE STAFFING | VYSTAR CU JAX   240724B00819 JACKSONVILLE FL | | 8,948.95- |
| Jul 25 | Electronic Withdrawal REF=242060072659030N00 | To CORP LODG CON 4 1480866331WEK DRF DB89802 | | 2.63- |
| Jul 26 | Wire Debit REF001579 BNF=NATIONAL PAYMENT | FIRST PREMIER SX F  240726B00MR4 CORPORATION SIOUX FALLS | | 7,231.42- |
| Jul 29 | Electronic Withdrawal REF=242080077055080N00 | To 3D VECTRENENERGY 1352107003VED ACH DR000012755327 | | 704.32- |
| Jul 29 | Electronic Withdrawal REF=242110081598010N00 | To US FOODSERVICE 4880371951VENDOR PAY072921610258000 | | 1,866.62- |
| Jul 31 | Electronic Withdrawal REF=242130006764670N00 | To Covenant Underwr I371651334Insurance A20238SE35 | | 3,159.57- |

**Total Other Withdrawals**        $        **71,247.72-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 6162 | Jul 10 | 8614134976 | 1,000.00 | 6349 | Jul 16 | 8313114818 | 6,276.70 |
| 6213* | Jul 5 | 9213713991 | 493.36 | 6351* | Jul 23 | 8016172376 | 173.03 |
| 6214 | Jul 8 | 8013122572 | 292.00 | 6352 | Jul 22 | 8015799958 | 346.14 |
| 6215 | Jul 8 | 8013122565 | 165.00 | 6353 | Jul 22 | 8012961836 | 743.82 |
| 6216 | Jul 19 | 9213564001 | 328.00 | 6354 | Jul 23 | 8313612791 | 303.73 |
| 6312* | Jul 2 | 8313312842 | 360.00 | 6355 | Jul 24 | 8611882655 | 282.84 |
| 6314* | Jul 1 | 8012205067 | 9,000.00 | 6357* | Jul 18 | 8911874712 | 4,500.00 |
| 6321* | Jul 2 | 8313817111 | 533.91 | 6358 | Jul 18 | 8911874713 | 4,500.00 |
| 6329* | Jul 2 | 8313817499 | 96.73 | 6359 | Jul 22 | 8011945331 | 4,500.00 |
| 6333* | Jul 2 | 8313817108 | 54.80 | 6360 | Jul 22 | 8011945332 | 4,500.00 |
| 6336* | Jul 1 | 8016431990 | 580.61 | 6362* | Jul 1 | 8012205066 | 3,300.00 |
| 6337 | Jul 3 | 8610076534 | 129.00 | 6363 | Jul 1 | 8012205065 | 3,300.00 |
| 6338 | Jul 2 | 8313817112 | 592.82 | 6364 | Jul 1 | 8012205064 | 3,300.00 |
| 6339 | Jul 2 | 8312848061 | 1,605.46 | 6365 | Jul 2 | 8313744463 | 4,000.00 |
| 6340 | Jul 15 | 8013059728 | 447.52 | 6367* | Jul 8 | 8016182296 | 230.00 |
| 6341 | Jul 5 | 9214749627 | 368.00 | 6377* | Jul 16 | 8016534501 | 3,468.71 |
| 6342 | Jul 29 | 8014272279 | 396.90 | 6378 | Jul 24 | 8613869825 | 3,468.71 |
| 6343 | Jul 10 | 8613073270 | 75.20 | 6379 | Jul 15 | 8013043561 | 250.00 |
| 6344 | Jul 10 | 8613033107 | 428.42 | 6380 | Jul 15 | 8014682374 | 5,000.00 |
| 6345 | Jul 8 | 8014063937 | 500.00 | 6381 | Jul 16 | 8315129709 | 300.00 |
| 6346 | Jul 8 | 8014063130 | 3,201.40 | 6383* | Jul 23 | 8313605798 | 750.00 |
| 6347 | Jul 8 | 8014063936 | 177.12 | 6385* | Jul 29 | 8013006465 | 1,000.00 |
| 6348 | Jul 17 | 8613969266 | 715.06 | 6395* | Jul 24 | 8612428936 | 4,500.00 |



**U.S. Bank National Association**

DAYTON HOTELS LLC
BW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

| | |
|---|---|
| **Business Statement** | |
| Account Number: | |
| Statement Period: | |
| Jul 1, 2024 | |
| through | |
| Jul 31, 2024 | |
| Page 7 of 13 | |

## SILVER BUSINESS CHECKING          (CONTINUED)

U.S. Bank National Association      **Account Number** ▮▮▮▮▮▮▮▮▮

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 6397* | Jul 23 | 8314848846 | 487.50 |

\* Gap in check sequence      **Conventional Checks Paid (47)**    $    **81,022.49-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 1 | 148,385.79 | Jul 12 | 179,324.19 | Jul 23 | 178,278.73 |
| Jul 2 | 162,075.66 | Jul 15 | 162,764.79 | Jul 24 | 169,443.39 |
| Jul 3 | 167,345.83 | Jul 16 | 167,420.19 | Jul 25 | 169,556.79 |
| Jul 5 | 178,775.00 | Jul 17 | 180,384.25 | Jul 26 | 166,923.73 |
| Jul 8 | 174,500.67 | Jul 18 | 173,221.54 | Jul 29 | 178,152.75 |
| Jul 9 | 194,605.12 | Jul 19 | 167,441.84 | Jul 30 | 199,446.38 |
| Jul 10 | 174,168.22 | Jul 22 | 156,903.97 | Jul 31 | 205,852.12 |
| Jul 11 | 177,819.53 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: June 2024

| | | | |
|---|---|---|---|
| Account Number: | ▮▮▮▮▮▮▮ | $ | 44.50 |
| Analysis Service Charge assessed to | ▮▮▮▮▮▮▮ | $ | 44.50 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number ▮▮▮▮▮▮▮

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 116 | | No Charge |
| Reject Checks Paid | 1 | | No Charge |
| Image Paper DDA Statement | 1 | 9.00000 | 9.00 |
| Subtotal: Depository Services | | | 9.00 |
| **Account Reconcilement Services** | | | |
| SPE PPay w/ Issue Mo Maint | 1 | | No Charge |
| SPE PPay Only-per Item | 38 | | No Charge |
| Subtotal: Account Reconcilement Services | | | 0.00 |
| **Wire Transfers** | | | |
| Repaired Outgoing Wire | 1 | 3.50000 | 3.50 |
| SPE Fedwire Non-Repetitive | 2 | 16.00000 | 32.00 |
| Subtotal: Wire Transfers | | | 35.50 |
| **ACH Services** | | | |
| ACH Received Addenda Item | 59 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| Fee Based Service Charges for Account Number ▮▮▮▮▮▮ | | $ | 44.50 |

**Business Statement**

DAYTON HOTELS LLC
DBW SOUTH
P O BOX 773
NEW ALBANY OH 43054-0773

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 8 of 13

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

*Member FDIC*

Account Number



| 6162 | Jul 10 | 1,000.00 |
|---|---|---|



| 6216 | Jul 19 | 328.00 |
|---|---|---|



| 6213* | | 493.36 |
|---|---|---|



| 6312* | Jul 02 | 360.00 |
|---|---|---|



| 6214 | Jul 08 | 292.00 |
|---|---|---|



| 6314* | Jul 01 | 9,000.00 |
|---|---|---|



| 6215 | Jul 08 | 165.00 |
|---|---|---|



| 6321* | Jul 02 | 533.91 |
|---|---|---|

\* Gap in check sequence

DAYTON HOTELS LLC
DBW SOUTH
P O BOX 773
NEW ALBANY 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 9 of 13

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number



| 6329* | Jul 02 | 96.73 |



| 6338 | Jul 02 | 592.82 |



| 6333* | Jul 02 | 54.80 |



| 6339 | Jul 02 | 1,605.46 |



| 6336* | Jul 01 | 580.61 |



| 6340 | Jul 15 | 447.52 |



| 6337 | Jul 03 | 129.00 |



| 6341 | Jul 05 | 368.00 |

* Gap in check sequence

**U.S. bank**

DAYTON HOTELS LLC
DBW SOUTH
P O BOX 773
NEW ALBANY 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 10 of 13

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number



| 6342 | Jul 29 | 396.90 |
| --- | --- | --- |



| 6346 | Jul 08 | 3,201.40 |
| --- | --- | --- |



| 6343 | Jul 10 | 75.20 |
| --- | --- | --- |



| 6347 | Jul 08 | 177.12 |
| --- | --- | --- |



| 6344 | Jul 10 | 428.42 |
| --- | --- | --- |



| 6348 | Jul 17 | 715.06 |
| --- | --- | --- |



| 6345 | Jul 08 | 500.00 |
| --- | --- | --- |



| 6349 | Jul 16 | 6,276.70 |
| --- | --- | --- |

* Gap in check sequence

DAYTON HOTELS LLC
DBW SOUTH
P O BOX 773
NEW ALBANY 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 11 of 13

# IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT   (CONTINUED)

Account Number



| 6351* | Jul 23 | 173.03 |



| 6355 | Jul 24 | 282.84 |



| 6352 | Jul 22 | 346.14 |



| 6357* | Jul 18 | 4,500.00 |



| 6353 | Jul 22 | 743.82 |



| 6358 | Jul 18 | 4,500.00 |



| 6354 | Jul 23 | 303.73 |



| 6359 | Jul 22 | 4,500.00 |

* Gap in check sequence

**US bank** DAYTON HOTELS LLC
DBW SOUTH
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 12 of 13

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number



| 6360 | Jul 22 | 4,500.00 |



| 6365 | Jul 02 | 4,000.00 |



| 6362* | Jul 01 | 3,300.00 |



| 6367 | Jul 08 | 230.00 |



| 6363 | Jul 01 | 3,300.00 |



| 6377* | Jul 16 | 3,468.71 |



| 6364 | Jul 01 | 3,300.00 |



| 6378 | Jul 24 | 3,468.71 |

* Gap in check sequence



**Business Statement**

Main Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 13 of 13

DAYTON HOTELS LLC
DBW SOUTH
P O BOX 773
NEW ALBANY OH 43054-0773

# IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number



| 6379 | Jul 15 | 250.00 |



| 6385* | Jul 29 | 1,000.00 |



| 6380 | Jul 15 | 5,000.00 |



| 6395* | Jul 24 | 4,500.00 |



| 6381 | Jul 16 | 300.00 |



| 6397* | | 487.50 |



| 6383* | Jul 23 | 750.00 |

\* Gap in check sequence

**Welcome Group 2 LLC et. al.**
**Case Nos. 23-53043, 23-53044, 23-53045**
## Cash Collateral Usage Report

|  | HDS |
|---|---|
| **Summary** | |
| | |
| **Operating Revenue** | |
| Room Department | $164,662.88 |
| | $487.36 |
| **Total Operating Revenue** | **$165,150.24** |
| | |
| **Operational Expenses** | |
| Room Department and Room Supplies | $9,729.71 |
| | |
| Payroll/Contract Wages | $35,966.37 |
| | |
| | |
| **Total Departmental Expenses** | **$45,696.08** |
| | |
| Room Department Income | $119,454.16 |
| | |
| Miscellaneous Income | |
| | |
| | |
| **Total Departmental Income** | **$119,454.16** |
| | |
| **Undistributed Operating Expense** | |
| Administrative & General | $16,892.33 |
| Information & Telecom System | $1,605.46 |
| Property Operations & Maintenance | $21,326.21 |
| Franchise Fees/Sales and marketing | $10,579.14 |
| Utilities | $15,385.38 |
| | |
| | |
| **Total Undistributed Operating Expense** | **$65,788.52** |
| | |
| **Gross Operating Profit** | **$53,665.64** |
| | |
| Management Fees | $4,000.00 |

| | |
|---|---:|
| Insurance | $6,319.14 |
| Professional Fees/Other Fees | $5,000.00 |
| CAT Tax | |
| Capex/Reserve | $27,000.00 |
| Payments to RSS | |
| Real Estate taxes | |
| SBA EIDL | $731.00 |
| Misc | |
| **Total Other  Expense** | **$43,050.14** |
| **Net Operating Income** | **$10,615.50** |
| US Trustee Fees | $904.40 |
| **NET after US Trustee Fees** | **$9,711.10** |