# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Ohio

Eastern Division

| | | |
|---|---|---|
| In Re. Hilliard Hotels LLC, et al. | § | Case No.  23-53045 |
| Jointly Administered | § | |
| | § | Lead Case No.  23-53043 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2024

Petition Date: 09/01/2023

Months Pending: 11

Industry Classification:  7  2  1  1

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          15

Debtor's Full-Time Employees (as of date of order for relief):          7

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Abhijit Vasani

Signature of Responsible Party

08/20/2024

Date

Abhijit Vasani

Printed Name of Responsible Party

5955 E Dublin Granville Road New Albany OH 43054

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Hilliard Hotels LLC, et al.                                                    Case No.  23-53045
                 Jointly Administered

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $115,060 | |
| b. Total receipts (net of transfers between accounts) | $350,181 | $2,776,464 |
| c. Total disbursements (net of transfers between accounts) | $280,333 | $2,658,682 |
| d. Cash balance end of month (a+b-c) | $184,908 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $280,333 | $2,658,682 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $56,907 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d. Total current assets | $239,143 |
| e. Total assets | $11,332,838 |
| f. Postpetition payables (excluding taxes) | $74,205 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $37,042 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $111,247 |
| k. Prepetition secured debt | $7,514,019 |
| l. Prepetition priority debt | $67,480 |
| m. Prepetition unsecured debt | $3,870,415 |
| n. Total liabilities (debt) (j+k+l+m) | $11,563,161 |
| o. Ending equity/net worth (e-n) | $-230,323 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $289,584 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $51,157 | |
| c. Gross profit (a-b) | $238,427 | |
| d. Selling expenses | $76,972 | |
| e. General and administrative expenses | $23,785 | |
| f. Other expenses | $12,260 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $45,973 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $16,341 | |
| k. Profit (loss) | $63,096 | $-19,545 |

UST Form 11-MOR (12/01/2021)                           2

Debtor's Name  Hilliard Hotels LLC, et al.
Jointly Administered

Case No.  23-53045

**Part 5:  Professional Fees and Expenses**

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name Hilliard Hotels LLC, et al.                                  Case No.  23-53045
                Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | Hilliard Hotels LLC, et al. | | Case No. 23-53045 |
| | Jointly Administered | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

|    |    |    | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Hilliard Hotels LLC, et al.                                    Case No.  23-53045
                Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Hilliard Hotels LLC, et al.                                    Case No.  23-53045
              Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Hilliard Hotels LLC, et al.
                    Jointly Administered                                    Case No.  23-53045

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $2,385 | $29,357 |
| d.  Postpetition employer payroll taxes paid | $20,912 | $39,158 |
| e.  Postpetition property taxes paid | $0 | $58,293 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $37,042 | $281,325 |
| g.  Postpetition other taxes paid (local, state, and federal) | $32,479 | $241,518 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◉  No ○

b.  Were any payments made outside the ordinary course of business   Yes ○  No ◉
without court approval?  (if yes, see Instructions)

c.  Were any payments made to or on behalf of insiders?   Yes ◉  No ○

d.  Are you current on postpetition tax return filings?   Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit?   Yes ○  No ◉
(if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by   Yes ○  No ○  N/A ◉
the court?

i.  Do you have:       Worker's compensation insurance?   Yes ◉  No ○

           If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

           Casualty/property insurance?   Yes ◉  No ○

           If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

           General liability insurance?   Yes ◉  No ○

           If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as   Yes ◉  No ○
set forth under 28 U.S.C. § 1930?

Debtor's Name  Hilliard Hotels LLC, et al.                                        Case No.  23-53045
              Jointly Administered

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Abhijit Vasani                                                  Abhijit Vasani
_____                    _____
Signature of Responsible Party                          Printed Name of Responsible Party

President                                                          08/20/2024
_____                    _____
Title                                                                Date

Debtor's Name  Hilliard Hotels LLC, et al.
            Jointly Administered

Case No.  23-53045


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Hilliard Hotels LLC, et al.                                    Case No.  23-53045
               Jointly Administered



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Hilliard Hotels LLC, et al.                    Case No.  23-53045
                       Jointly Administered



PageThree



PageFour

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

4490        IMG          4250  S              Y        ST01

000638767272271 P

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 1 of 14

☎                                *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                                      *800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                                              *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

---

Effective August 12, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* document that may impact your account. A current copy of the *Business Pricing Information* disclosure can be obtained by calling 800-673-3555 or by visiting your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Platinum checking updates include the following:
  - U.S. Bank Payment Solutions Merchant Banking is being added as an option for the Monthly Maintenance Fee waiver
  - Transactions - 550 free per statement cycle, then $0.40 each (previously 500 free transactions)
  - Cash Deposit Fee - 250 free units per month, then $0.33 per $100 (previously 200 free units)
- Gold Checking updates include the following:
  - Transactions - 350 free per statement cycle, then $0.45 each (previously 300 free transactions)
  - Cash Deposit Fee - 125 free units per month, then $0.33 per $100 (previously 100 free units)
- The Non-U.S. Bank ATM transaction fee for denied transactions will be removed.
- Under the Foreign Currency section, the Foreign Exchange Fee (Admin Fee) will be charged for transactions of $300 (previously $250) U.S. Dollars or less, or for any currency purchases returned within seven days.

Beginning August 12, 2024, a copy of the *Business Pricing Information* document will be available by calling 800-673-3555 or by visiting your local branch.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**U.S. BANK**

BALANCE YOUR ACCOUNT
To ensure you are aware of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5. Total lines 3 and 4.                                                                                  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.                                         $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING LENDER

# us bank.

**Business Statement**

Account Number:

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 2 of 14

## INFORMATION YOU SHOULD KNOW                                          (CONTINUED)

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

## SILVER BUSINESS CHECKING                                          *Member FDIC*

U.S. Bank National Association                                 **Account Number**

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jul 1 | | $ | 115,059.77 |
| Customer Deposits | 2 | | 24,632.16 |
| Other Deposits | 74 | | 325,549.18 |
| Card Withdrawals | 11 | | 12,325.29- |
| Other Withdrawals | 27 | | 203,428.70- |
| Checks Paid | 43 | | 64,579.24- |
| **Ending Balance on  Jul 31, 2024** | | **$** | **184,907.88** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Jul 3 | 8613080420 | 768.02 | | Jul 9 | 8314638666 | 23,864.14 |
| | | | | **Total Customer Deposits** | | **$** | **24,632.16** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul  1 | Electronic Deposit | From AMERICAN EXPRESS | $ | 448.48 |
| | REF=241830037828740N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  1 | Electronic Deposit | From AMERICAN EXPRESS | | 1,509.65 |
| | REF=241800165930740N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  1 | Electronic Deposit | From AMERICAN EXPRESS | | 2,702.98 |
| | REF=241830012679910N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  1 | Electronic Deposit | From PAYMENTECH | | 8,667.70 |
| | REF=241800163032930N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  2 | Electronic Deposit | From AMERICAN EXPRESS | | 817.42 |
| | REF=241830168807210N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  2 | Electronic Deposit | From PAYMENTECH | | 3,729.94 |
| | REF=241830048351930N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  2 | Electronic Deposit | From PAYMENTECH | | 5,373.43 |
| | REF=241830167187860N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  2 | Electronic Deposit | From PAYMENTECH | | 6,116.54 |
| | REF=241830017531380N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  3 | Electronic Deposit | From HILTON WORLDWIDE | | 256.31 |
| | REF=241840094740550N00 | 2362058176ADVCD RES SIDHH | | |
| Jul  3 | Electronic Deposit | From AMERICAN EXPRESS | | 734.20 |
| | REF=241840153446400N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  3 | Electronic Deposit | From PAYMENTECH | | 6,491.68 |
| | REF=241840150168880N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  5 | Electronic Deposit | From AMERICAN EXPRESS | | 1,340.43 |
| | REF=241870024867460N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  5 | Electronic Deposit | From AMERICAN EXPRESS | | 1,964.15 |
| | REF=241870030927370N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  5 | Electronic Deposit | From PAYMENTECH | | 6,513.82 |
| | REF=241870042772200N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  5 | Electronic Deposit | From PAYMENTECH | | 10,122.47 |
| | REF=241850180611830N00 | 1020401225DEPOSIT   6155157 | | |
| Jul  8 | Electronic Deposit | From AMERICAN EXPRESS | | 143.71 |
| | REF=241900111211850N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul  8 | Electronic Deposit | From AMERICAN EXPRESS | | 456.69 |
| | REF=241870140949460N00 | 1134992250SETTLEMENT1340969898 | | |

# **US bank**

HILLIARD HOTELS LLC
HI SIDNE
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                        **Account Number**

### Other Deposits (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|------|---|---|---|---|-------:|
| Jul | 8 | Electronic Deposit<br>REF=241870139332930N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 1,694.85 |
| Jul | 8 | Electronic Deposit<br>REF=241900087682240N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 4,887.69 |
| Jul | 9 | Electronic Deposit<br>REF=241900212229300N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,819.29 |
| Jul | 9 | Electronic Deposit<br>REF=241900115123460N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 3,485.59 |
| Jul | 9 | Electronic Deposit<br>REF=241900085676470N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 3,590.89 |
| Jul | 9 | Electronic Deposit<br>REF=241900209999380N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 4,364.37 |
| Jul | 10 | Electronic Deposit<br>REF=241910139658750N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 313.16 |
| Jul | 10 | Debit Purchase Ret - VISA<br>HD SUPPLY FACILI<br>************9235 | On 071024 ATLANTA GA<br>REF # 74940454191001807005 US1 | 1001807005 | 614.95 |
| Jul | 10 | Electronic Deposit<br>REF=241910138564670N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 7,313.63 |
| Jul | 11 | Electronic Deposit<br>REF=241920173662220N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,078.60 |
| Jul | 11 | Electronic Deposit<br>REF=241920170591650N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 5,630.82 |
| Jul | 12 | Electronic Deposit<br>REF=241930135802920N00 | From HILTON WORLDWIDE<br>2362058176ADVCD RES SIDHH | | 1,192.67 |
| Jul | 12 | Electronic Deposit<br>REF=241930186221380N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 3,117.30 |
| Jul | 12 | Electronic Deposit<br>REF=241930184353260N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 10,890.56 |
| Jul | 15 | Electronic Deposit<br>REF=241970032090900N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 3,265.19 |
| Jul | 15 | Electronic Deposit<br>REF=241970030472460N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 3,739.19 |
| Jul | 15 | Electronic Deposit<br>REF=241970057653960N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 8,123.92 |
| Jul | 15 | Electronic Deposit<br>REF=241940091544980N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 8,497.48 |
| Jul | 16 | Electronic Deposit<br>REF=241970061525840N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 5,585.63 |
| Jul | 16 | Electronic Deposit<br>REF=241970157819740N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 6,138.95 |
| Jul | 16 | Electronic Deposit<br>REF=241970034538420N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 12,088.92 |
| Jul | 16 | Electronic Deposit<br>REF=241970154662280N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 14,856.48 |
| Jul | 17 | Electronic Deposit<br>REF=241980194175220N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 179.90 |
| Jul | 17 | Electronic Deposit<br>REF=241980193431030N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 1,807.86 |
| Jul | 18 | Electronic Deposit<br>REF=241990123245780N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,556.30 |
| Jul | 18 | Electronic Deposit<br>REF=241990121663190N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 5,233.39 |
| Jul | 19 | Electronic Deposit<br>REF=242000130919740N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,010.69 |
| Jul | 19 | Electronic Deposit<br>REF=242000082430240N00 | From HILTON WORLDWIDE<br>2362058176ADVCD RES SIDHH | | 1,079.26 |

**U.S. bank.**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 4 of 14

## SILVER BUSINESS CHECKING                                              **(CONTINUED)**

U.S. Bank National Association                                    **Account Number**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Jul 19 | Electronic Deposit<br>REF=242000128954180N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 5,884.85 |
| Jul 22 | Electronic Deposit<br>REF=242040086952970N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 244.66 |
| Jul 22 | Electronic Deposit<br>REF=242040061523560N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 2,879.04 |
| Jul 22 | Electronic Deposit<br>REF=242010130211010N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 5,306.63 |
| Jul 22 | Electronic Deposit<br>REF=242010127671570N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 8,589.17 |
| Jul 23 | Electronic Deposit<br>REF=242040182951640N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 4,831.31 |
| Jul 23 | Electronic Deposit<br>REF=242040063585510N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 10,202.79 |
| Jul 23 | Electronic Deposit<br>REF=242040090712530N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 10,544.76 |
| Jul 23 | Electronic Deposit<br>REF=242040181215090N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 17,858.76 |
| Jul 24 | Electronic Deposit<br>REF=242050107618740N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,231.90 |
| Jul 24 | Electronic Deposit<br>REF=242050105487540N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 6,667.32 |
| Jul 25 | Electronic Deposit<br>REF=242060137057530N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 2,428.88 |
| Jul 25 | Electronic Deposit<br>REF=242060134531780N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 3,889.07 |
| Jul 25 | Wire Credit REF000088<br>ORG=OCEAN BLUE STAFFING | VYSTAR CU JAX    240725B01BKT<br>INTERNATIONAL L LC | | 21,365.72 |
| Jul 26 | Debit Purchase Ret - VISA<br>INDOFF INCORPORA<br>************9235 | On 072524 3149971122 MO<br>REF # 74412954207017092000 US1 | 7017092000 | 407.52 |
| Jul 26 | Electronic Deposit<br>REF=242070096524690N00 | From HILTON WORLDWIDE<br>2362058176ADVCD RES SIDHH | | 725.37 |
| Jul 26 | Debit Purchase Ret - VISA<br>HD SUPPLY FACILI<br>************9235 | On 072624 ATLANTA GA<br>REF # 74940454207002823000 US1 | 7002823000 | 1,043.81 |
| Jul 26 | Electronic Deposit<br>REF=242070142738650N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,542.14 |
| Jul 26 | Electronic Deposit<br>REF=242070139869590N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 6,614.52 |
| Jul 29 | Electronic Deposit<br>REF=242110102413770N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 315.10 |
| Jul 29 | Electronic Deposit<br>REF=242110078503310N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,703.19 |
| Jul 29 | Electronic Deposit<br>REF=242080149124160N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 2,040.25 |
| Jul 29 | Electronic Deposit<br>REF=242080146071430N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 4,004.00 |
| Jul 30 | Electronic Deposit<br>REF=242110231980740N00 | From AMERICAN EXPRESS<br>1134992250SETTLEMENT1340969898 | | 1,774.21 |
| Jul 30 | Electronic Deposit<br>REF=242110106096130N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 2,728.74 |
| Jul 30 | Electronic Deposit<br>REF=242110081922770N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 7,639.77 |
| Jul 30 | Electronic Deposit<br>REF=242110230424700N00 | From PAYMENTECH<br>1020401225DEPOSIT  6155157 | | 10,911.47 |

**US bank.**

HILLIARD HOTELS LLC
HI SIDNE
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 5 of 14

# SILVER BUSINESS CHECKING                                      (CONTINUED)

U.S. Bank National Association                          **Account Number**

## Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 31 | Electronic Deposit | From AMERICAN EXPRESS | | 139.62 |
| | REF=242120179650940N00 | 1134992250SETTLEMENT1340969898 | | |
| Jul 31 | Electronic Deposit | From PAYMENTECH | | 1,487.48 |
| | REF=242120178071420N00 | 1020401225DEPOSIT  6155157 | | |
| | | **Total Other Deposits** | **$** | **325,549.18** |

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9235

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 5 | Debit Purchase - VISA | On 070224 800-798-8888 GA | 5001485005 | $ 2,080.55- |
| | HD SUPPLY FACILI | REF # 2494045418500148500 5398 | | |
| | ************9235 | | | |
| Jul 8 | Debit Purchase - VISA | On 070224 800-798-8888 GA | 8001656005 | 200.32- |
| | HD SUPPLY FACILI | REF # 2494045418001656005133 | | |
| | ************9235 | | | |
| Jul 10 | Debit Purchase - VISA | On 070824 MINNEAPOLIS  MN | 0001770815 | 82.52- |
| | PLUNKETTS PEST C | REF # 2401339419000177081 5603 | | |
| | ************9235 | | | |
| Jul 17 | Debit Purchase - VISA | On 071624 800-325-4500 MO | 9019759196 | 391.96- |
| | COURTESY PRODUCT | REF # 2494300419901975919 6267 | | |
| | ************9235 | | | |
| Jul 19 | Debit Purchase - VISA | On 071724 AUSTIN TX | 0009458257 | 750.00- |
| | FURNISHED FINDER | REF # 2449398420000945825 7381 | | |
| | ************9235 | | | |
| Jul 24 | Debit Purchase - VISA | On 072324 503-383-8451 OR | 5300585738 | 430.43- |
| | BTS*ONITY | REF # 2444500420530058573 8554 | | |
| | ************9235 | | | |
| Jul 25 | Debit Purchase - VISA | On 072324 800-798-8888 GA | 6002754002 | 245.11- |
| | HD SUPPLY FACILI | REF # 2494045420600275400 2046 | | |
| | ************9235 | | | |
| Jul 26 | Debit Purchase - VISA | On 072224 314-997-1122 MO | 7017092000 | 6,028.52- |
| | INDOFF INCORPORA | REF # 2441295420701709200 0434 | | |
| | ************9235 | | | |
| Jul 29 | Debit Purchase - VISA | On 072324 800-798-8888 GA | 8002893006 | 90.24- |
| | HD SUPPLY FACILI | REF # 2494045420800289300 6856 | | |
| | ************9235 | | | |
| Jul 29 | Debit Purchase - VISA | On 072524 800-798-8888 GA | 8002893004 | 952.85- |
| | HD SUPPLY FACILI | REF # 2494045420800289300 4075 | | |
| | ************9235 | | | |
| Jul 29 | Debit Purchase - VISA | On 072724 866-3879595  UT | 9205475835 | 1,072.79- |
| | BambooHR HRIS | REF # 2490641420920547583 5387 | | |
| | ************9235 | | | |
| | | **Card 9235  Withdrawals Subtotal** | **$** | **12,325.29-** |
| | | **Total Card Withdrawals** | **$** | **12,325.29-** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 1 | Electronic Withdrawal | To MERCHANT SERVICE | | $ 25.92- |
| | REF=241830052987420Y00 | 1841010148MERCH FEE 8077321332 | | |
| Jul 2 | Electronic Withdrawal | To 3D VECTRENENERGY | | 462.25- |
| | REF=241830127639000N00 | 1352107003VED ACH BE000012755348 | | |
| Jul 2 | Electronic Withdrawal | To Sysco Corporatio | | 1,588.58- |
| | REF=241830126036720N00 | 9004514834Payment   USBL019701134S | | |
| Jul 3 | Electronic Withdrawal | To 3D VECTRENENERGY | | 613.09- |
| | REF=241840081799100N00 | 1352107003VED ACH DR000012518656 | | |

**US bank.**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 6 of 14

## SILVER BUSINESS CHECKING     (CONTINUED)

U.S. Bank National Association      **Account Number**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 3 | Electronic Withdrawal | To PAYMENTECH | | 5,140.51- |
| | REF=241840150169350N00 | 1020401225FEE   6155157 | | |
| Jul 5 | Electronic Withdrawal | To AMERICAN EXPRESS | | 1,078.60- |
| | REF=241870030927970N00 | 1134992250AXP DISCNT1340969898 | | |
| Jul 9 | Electronic Withdrawal | To Sysco Corporatio | | 1,849.63- |
| | REF=241900167842980N00 | 9004514834Payment   USBL019701134S | | |
| Jul 10 | Wire Debit REF003767 | VYSTAR CU JAX   240710B01M1Y | | 1,570.29- |
| | BNF=OCEAN BLUE STAFFING | DAYTONA BEACH FL | | |
| Jul 11 | Electronic Withdrawal | To PAYROLL-BAMBOOHR | | 15,446.69- |
| | REF=241920175523170N00 | 13044825  DEPOSIT   13044825 | | |
| Jul 12 | Electronic Withdrawal | To HILTON | | 43,281.52- |
| | REF=241930124081730N00SD | 1384009972ECOMMERCE CFBQXB9CXJ | | |
| Jul 15 | Analysis Service Charge | | 1500000000 | 68.00- |
| Jul 15 | Electronic Withdrawal | To 8013OHIO-TAXOSUT | | 17,685.31- |
| | REF=241940040326160N00 | 1070060004OH SALESTX000001012649079 | | |
| Jul 16 | Electronic Withdrawal | To RUMPKE | | 314.38- |
| | REF=241970155801040N00 | 9900463002WEB_PAY  26724358070424 | | |
| Jul 16 | Electronic Withdrawal | To Sysco Corporatio | | 1,209.88- |
| | REF=241970118093990N00 | 9004514834Payment   USBL019701134S | | |
| Jul 19 | Electronic Withdrawal | To OH WESTFIELD INS | | 2,231.17- |
| | REF=242010056719480N00 | 0000000160BILLPAY   OH WESTFIELD IN | | |
| Jul 19 | Electronic Withdrawal | To QUARTERLY FEE | | 4,341.16- |
| | REF=242000112171260N00 | 1501000502PAYMENT   0000 | | |
| Jul 19 | Wire Debit REF004763 | FIRST LONG ISLAND   240719B022NL | | 4,500.00- |
| | BNF=NIMBLE ACCOUNTING | SERVICES | | |
| Jul 22 | Electronic Withdrawal | To SBA EIDL LOAN | | 9,973.00- |
| | REF=242010124520910N00 | 7300000118PAYMENT   0000 | | |
| Jul 22 | Wire Debit REF004868 | JPMCHASE NYC   240722B020Y4 | | 13,993.62- |
| | BNF=TEL STAR | | | |
| Jul 23 | Electronic Withdrawal | To Sysco Corporatio | | 1,225.85- |
| | REF=242040143984760N00 | 9004514834Payment   USBL019701134S | | |
| Jul 24 | Wire Debit REF000689 | VYSTAR CU JAX   240724B0081J | | 21,365.72- |
| | BNF=OCEAN BLUE STAFFING | JACKSONVILLE FL | | |
| Jul 25 | Wire Debit REF004729 | VYSTAR CU JAX   240725B01PWC | | 1,435.35- |
| | BNF=OCEAN BLUE STAFFING | JACKSONVILLE FL | | |
| Jul 26 | Wire Debit REF001744 | FIRST PREMIER SX F 240726B00MKC | | 16,216.33- |
| | BNF=NATIONAL PAYMENT | CORPORATION SIOUX FALLS | | |
| Jul 29 | Electronic Withdrawal | To 3D VECTRENENERGY | | 149.57- |
| | REF=242080077055100N00 | 1352107003VED ACH DR000012755354 | | |
| Jul 29 | Electronic Withdrawal | To 3D VECTRENENERGY | | 326.03- |
| | REF=242080077055090N00 | 1352107003VED ACH DR000012755348 | | |
| Jul 29 | Wire Debit REF000802 | PNC PITT   240729B00DDV | | 36,000.00- |
| | BNF=MIDLAND LOAN | SERVICES | | |
| Jul 30 | Electronic Withdrawal | To Sysco Corporatio | | 1,336.25- |
| | REF=242110187454360N00 | 9004514834Payment   USBL019701134S | | |

Total Other Withdrawals     $     203,428.70-

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 7083 | Jul 22 | 8016019882 | 750.00 | 7490* | Jul 1 | 8015667974 | 9,010.89 |
| 7089* | Jul 15 | 8013040580 | 500.00 | 7491 | Jul 10 | 8612838176 | 1,427.18 |
| 7360* | Jul 8 | 8013122574 | 292.00 | 7492 | Jul 10 | 8612839896 | 409.87 |
| 7361 | Jul 8 | 8013122566 | 165.00 | 7493 | Jul 10 | 8614226964 | 9.79 |
| 7398* | Jul 8 | 8016410377 | 1,500.00 | 7494 | Jul 10 | 8612838550 | 290.25 |
| 7426* | Jul 19 | 9213564002 | 328.00 | 7495 | Jul 12 | 9214202558 | 371.87 |
| 7469* | Jul 26 | 9213680740 | 500.00 | 7496 | Jul 9 | 8313306592 | 37.52 |
| 7487* | Jul 3 | 8610076533 | 584.51 | 7497 | Jul 10 | 8614323946 | 380.56 |



**U.S. bank**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 7 of 14

## SILVER BUSINESS CHECKING                                        (CONTINUED)

U.S. Bank National Association                                    **Account Number**

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|------------|--------|-------|------|------------|--------|
| 7503* | Jul 22 | 8014225309 | 1,000.00 | 7534 | Jul 29 | 8012940745 | 1,365.00 |
| 7511* | Jul 15 | 9214246450 | 100.10 | 7558* | Jul 1 | 8014477107 | 107.25 |
| 7512 | Jul 24 | 8613237733 | 93.84 | 7560* | Jul 1 | 8013501622 | 180.00 |
| 7513 | Jul 12 | 9211925131 | 882.70 | 7562* | Jul 2 | 8313744462 | 4,000.00 |
| 7514 | Jul 15 | 8012761634 | 1,467.00 | 7563 | Jul 9 | 8313936776 | 5,002.61 |
| 7515 | Jul 18 | 8912560973 | 105.00 | 7564 | Jul 17 | 8613725327 | 4,000.00 |
| 7524* | Jul 22 | 8013268022 | 779.00 | 7565 | Jul 8 | 8016182297 | 668.50 |
| 7525 | Jul 22 | 8013268023 | 518.50 | 7566 | Jul 15 | 8013043542 | 250.00 |
| 7526 | Jul 22 | 8014308585 | 1,251.82 | 7567 | Jul 16 | 8313186095 | 14,794.18 |
| 7528* | Jul 22 | 8014057180 | 518.50 | 7568 | Jul 15 | 8014682375 | 8,000.00 |
| 7530* | Jul 22 | 8014057262 | 300.00 | 7569 | Jul 16 | 8315129708 | 300.00 |
| 7531 | Jul 19 | 9212718908 | 500.00 | 7571* | Jul 23 | 8313605793 | 100.00 |
| 7532 | Jul 19 | 9212718914 | 500.00 | 7572 | Jul 23 | 8313605797 | 750.00 |
| 7533 | Jul 23 | 8314848840 | 487.50 | | | | |

* Gap in check sequence          **Conventional Checks Paid (43)**      $        **64,579.24-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jul 1 | 119,064.52 | Jul 12 | 148,334.93 | Jul 23 | 193,855.83 |
| Jul 2 | 129,051.02 | Jul 15 | 143,890.30 | Jul 24 | 179,865.06 |
| Jul 3 | 130,963.12 | Jul 16 | 165,941.84 | Jul 25 | 205,868.27 |
| Jul 5 | 147,744.84 | Jul 17 | 163,537.64 | Jul 26 | 193,456.78 |
| Jul 8 | 152,101.96 | Jul 18 | 170,222.33 | Jul 29 | 161,562.84 |
| Jul 9 | 182,336.48 | Jul 19 | 165,046.80 | Jul 30 | 183,280.78 |
| Jul 10 | 186,407.76 | Jul 22 | 152,981.56 | Jul 31 | 184,907.88 |
| Jul 11 | 177,670.49 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: June 2024

| | | | |
|---|---|---|---|
| Account Number: | | $ | 68.00 |
| Analysis Service Charge assessed to | | $ | 68.00 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | | | |
| First | 125 | | No Charge |
| Next | 8 | 0.50000 | 4.00 |
| Total | 133 | | 4.00 |
| Reject Checks Paid | 2 | | No Charge |
| Image Paper DDA Statement | 1 | 9.00000 | 9.00 |
| Subtotal: Depository Services | | | 13.00 |
| **Account Reconcilement Services** | | | |
| SPE PPay w/ Issue Mo Maint | 1 | | No Charge |
| SPE PPay Only-per Item | 34 | | No Charge |
| Subtotal: Account Reconcilement Services | | | 0.00 |
| **Wire Transfers** | | | |
| Repaired Outgoing Wire | 2 | 3.50000 | 7.00 |
| SPE Fedwire Non-Repetitive | 3 | 16.00000 | 48.00 |
| Subtotal: Wire Transfers | | | 55.00 |

**US bank.**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 8 of 14

| ANALYSIS SERVICE CHARGE DETAIL | | | (CONTINUED) |
|---|---|---|---|

**Service Activity Detail for Account Number** ▮▮▮▮ **(continued)**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **ACH Services** | | | |
| ACH Received Addenda Item | 1 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| **Branch Coin/Currency Services** | | | |
| Cash Deposited-per $100 | 6 | | No Charge |
| Night Dep Processing-per Dep | 1 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number ▮▮▮▮ | | $ | 68.00 |

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 9 of 14

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

*Member FDIC*

**Account Number**



| | | |
|---|---|---|
| 7083 | Jul 22 | 750.00 |
| 7398* | Jul 08 | 1,500.00 |
| 7089* | Jul 15 | 500.00 |
| 7426* | Jul 19 | 328.00 |
| 7360* | Jul 08 | 292.00 |
| 7469* | Jul 26 | 500.00 |
| 7361 | Jul 08 | 165.00 |
| 7487* | Jul 03 | 584.51 |

* Gap in check sequence

**US bank**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH 43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 10 of 14

# IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT      (CONTINUED)

**Account Number**



| 7490* | Jul 01 | 9,010.89 |
|---|---|---|



| 7494 | Jul 10 | 290.25 |
|---|---|---|



| 7491 | Jul 10 | 1,427.18 |
|---|---|---|



| 7495 | Jul 12 | 371.87 |
|---|---|---|



| 7492 | Jul 10 | 409.87 |
|---|---|---|



| 7496 | Jul 09 | 37.52 |
|---|---|---|



| 7493 | Jul 10 | 9.79 |
|---|---|---|



| 7497 | Jul 10 | 380.56 |
|---|---|---|

* Gap in check sequence

**U.S. bank.**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 11 of 14

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT      (CONTINUED)

Account Number



| 7503* | Jul 22 | 1,000.00 |



| 7514 | Jul 15 | 1,467.00 |



| 7511* | Jul 15 | 100.10 |



| 7515 | Jul 18 | 105.00 |



| 7512 | Jul 24 | 93.84 |



| 7524* | Jul 22 | 779.00 |



| 7513 | Jul 12 | 882.70 |



| 7525 | Jul 22 | 518.50 |

* Gap in check sequence

**US bank.**

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 12 of 14

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT      (CONTINUED)

Account Number



| 7526 | Jul 22 | 1,251.82 |



| 7532 | Jul 19 | 500.00 |



| 7528* | Jul 22 | 518.80 |



| 7533 | Jul 23 | 487.50 |



| 7530* | Jul 22 | 300.00 |



| 7534 | Jul 29 | 1,365.00 |



| 7531 | Jul 19 | 500.00 |



| 7558* | Jul 01 | 107.25 |

* Gap in check sequence

# US bank.

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Account Number:

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 13 of 14

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number



| 7560* | Jul 01 | 180.00 |



| 7565 | Jul 08 | 668.50 |



| 7562* | Jul 02 | 4,000.00 |



| 7566 | Jul 15 | 250.00 |



| 7563 | Jul 09 | 5,002.61 |



| 7567 | Jul 16 | 14,794.18 |



| 7564 | Jul 17 | 4,000.00 |



| 7568 | Jul 15 | 8,000.00 |

* Gap in check sequence

HILLIARD HOTELS LLC
HI SIDNEY
PO BOX 773
NEW ALBANY OH  43054-0773

**Business Statement**

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 14 of 14

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number



7569                     Jul 16                      300.00



7572                     Jul 23                      750.00



7571*                    Jul 23                      100.00

* Gap in check sequence

This page intentionally left blank

**Welcome Group 2 LLC et. al.**
**Case Nos. 23-53043, 23-53044, 23-53045**
## Cash Collateral Usage Report

|  | HIS |
|---|---|
| **Summary** | |
| **Operating Revenue** | |
| Room Department | $287,273.56 |
|  | $2,310.19 |
| **Total Operating Revenue** | **$289,583.75** |
| **Operational Expenses** | |
| Room Department and Room Supplies | $7,633.73 |
| Payroll/Contract Wages | $43,523.66 |
| **Total Departmental Expenses** | **$51,157.39** |
| Room Department Income | $238,426.36 |
| Miscellaneous Income | |
| **Total Departmental Income** | **$238,426.36** |
| **Undistributed Operating Expense** | |
| Administrative & General | $23,784.64 |
| Information & Telecom System | $16,962.12 |
| Property Operations & Maintenance | $6,906.07 |
| Franchise Fees/Sales and marketing | $46,236.02 |
| Utilities | $6,867.93 |
| **Total Undistributed Operating Expense** | **$100,756.78** |
| **Gross Operating Profit** | **$137,669.58** |
| Management Fees | $4,000.00 |

| | |
|---|---:|
| Insurance | $2,231.17 |
| Professional Fees/Other Fees | $12,000.00 |
| CAT Tax | |
| Capex/Reserve | $6,028.52 |
| Payments to RSS | $36,000.00 |
| Real Estate taxes | |
| SBA EIDL | $9,973.00 |
| Misc | |
| **Total Other  Expense** | **$70,232.69** |
| **Net Operating Income** | **$67,436.89** |
| US Trustee Fees | $4,341.16 |
| **NET after US Trustee Fees** | $63,095.73 |