This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Mina Nami Khorrami
United States Bankruptcy Judge

Dated: September 12, 2024

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 2:23-bk-53043** |
| | * | |
| **WELCOME GROUP 2, LLC**, *et al.*,[1] | * | **Chapter 11** |
| | * | **Judge Mina Nami Khorrami** |
| Debtors. | * | |
| | * | **Jointly Administered** |
| | * | |

**ORDER (A) SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION BY THE DEBTORS/DEBTORS-IN-POSSESSION FOR AN ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF**
**(Docs. 270 & 271)**

The matter coming before the Court on the Motion of the Debtors/Debtors-In-Possession (the "Debtors") for entry of an Order (A) Scheduling Expedited Hearing on Emergency Motion

---

[1] The Debtors and the last four digits of their federal tax identification numbers are as follows: Welcome Group 2, LLC (6795), Hilliard Hotels, LLC (6063), and Dayton Hotels, LLC (1123). The Debtors' headquarters are located at 5955 E. Dublin Granville Road, New Albany, Ohio 45305.

for an Order Authorizing Continued Use of Cash Collateral and Providing Adequate Protection ("the Cash Collateral Motion") and (B) Approving Form and Manner of Notice Thereof (the "Motion" (*Doc*. 271)[2]; the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 *U.S.C.* §§157 and 1334, (b) this is a core proceeding pursuant to 28 *U.S.C.* §157(b)(2)(A), and (c) notice of the Motion as set forth in the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein and that the relief sought in the Motion is in the best interests of the Debtors, its estate and its creditors; and after due deliberation and sufficient cause appearing;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Objections to the Motion, if any, shall be and hereby are OVERRULED.

3. The Cash Collateral Motion shall be heard on **September 24, 2024 at 2:00 p.m. (Eastern Standard Time) in Courtroom C, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215** (the "**Hearing**").  Should you wish to attend the hearing other than in person, you must contact the Court at 614-469-2053 to arrange appropriate facilities for your virtual attendance.

4. Parties in interest that seek to oppose the relief requested in the Emergency Motion for Continued Use of Cash Collateral and Providing Adequate Protection may do so by filing an objection prior to the Hearing no later than **September 23, 2024 at 1:00pm (Eastern Standard Time)**.

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. The Hearing Notice is approved in all respects and is in full compliance with *LBR* 9013-1.

6. Counsel for the Debtors shall provide notice of the Hearing by overnight mail, email, facsimile, or hand delivery as set forth in the Motion. Counsel shall make every effort to serve the parties listed below by hand delivery or electronic means, where possible, and otherwise by Overnight Mail: (a) U.S. Trustee; (b) 20 largest unsecured creditors; and (c) the holders of all secured claims. Counsel shall also serve a copy of the Cash Collateral Motion and the proposed order on any entity with a purported interest in the cash collateral of the Debtors. Counsel for the Debtors shall promptly file a certificate of service regarding the notices provided to creditors and parties in interest. Said service as soon as practicable after the entry of this Order on the parties set forth in the Motion is deemed to be sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules.

7. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

8. This Order is effective immediately upon entry.

IT IS SO ORDERED.

Copies To:

Default List Plus Top 20