UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>WELCOME GROUP 2, LLC | CASE NO: 23-53043<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 335 |

On 1/14/2025, I did cause a copy of the following documents, described below,

Motion to Employ Appraiser  ECF Docket Reference No. 335

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2025

/s/ Denis E. Blasius
Denis E. Blasius  0082617

Thomsen Law Group, LLC
140 N. Main Street Suite A
Springboro, OH  45066
937 748 5001
dblasius@lhtlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO: 23-53043 |
|---|---|
| WELCOME GROUP 2, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 335 |

On 1/14/2025, a copy of the following documents, described below,

Motion to Employ Appraiser  ECF Docket Reference No. 335

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Denis E. Blasius
Thomsen Law Group, LLC
140 N. Main Street Suite A
Springboro, OH  45066

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-53043
SOUTHERN DISTRICT OF OHIO
TUE JAN 14 12-27-37 PST 2025

ACE STAFFING AGENCY LLC
4127 WINNERS CIRCLE
APT 216
SARASOTA  FL 34238-5322

HILTON FRANCHISE HOLDING LLC
CO KL GATES LLP
ATTN DANIEL M ELIADES  ESQ
ONE NEWARK CENTER
10TH FLOOR
NEWARK  NJ 07102-5237

EXCLUDE
(U)ITRIA VENTURES LLC

OHIO DEPARTMENT OF TAXATION
PO BOX 530
COLUMBUS  OH 43216-0530

EXCLUDE
(U)RSS WFCM2019C50 - OH WG2 - LLC

SUPER 8 WORLDWIDE  INC
CO KL GATES LLP
ATTN DANIEL M ELIADES  ESQ
ONE NEWARK CENTER
10TH FLOOR
NEWARK  NJ 07102-5237

DEBTOR
WELCOME GROUP 2  LLC
5955 EAST DUBLIN GRANVILLE ROAD
NEW ALBANY  OH 43054-9749

A    LAWNCARE
3970 NEW RILEY ROAD
DRESDEN  OH 43821-9436

ACE
CO ANNA GIBSON
4127 WINNERS CIR APT 216
SARASOTA FL 34238-5322

(P)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

AES OH
PO BOX 2631
DAYTON  OH 45401-2631

AES OHIO
1065 WOODMAN DRIVE
DAYTON  OH 45432-1423

AT PLUS  LLC
PO BOX 555
SIDNEY  OH 45365-0555

ATT
PO BOX 5080
CAROL STREAM  IL 60197-5080

ABBIE HUER
11754 US RT 127
WEST MANCHESTER  OH 45382-9702

ABHIJIT VASANI
5955 EAST DUBLIN GRANVILLE ROAD
NEW ALBANY  OH 43054-9749

ADDISON KAYLOR
113 N HIGHLAND AVENUE  APT 3D
SIDNEY  OH 45365-2688

AFFORDABLE EXTERMINATING
100 HAWTHORNE DRIVE
LIMA  OH 45805-4075

AIMEE VOGANN
543 CORNELL STREET
ZANESVILLE  OH 43701-9132

ALANE BERTSCH
812 FERREE PLACE
SIDNEY  OH 45365-2826

ALLISON BRUCE
1115 OHIO STREET
ZANESVILLE  OH 43701-5210

AMANDA YOUNG
400 BUCKEYE AVE
SIDNEY  OH 45365-1212

ARMIT PHALKE
7500 VANTAGE DR
COLUMBUS  OH 43235-8401

ASST US TRUSTEE (COL)
OFFICE OF THE US TRUSTEE
170 NORTH HIGH STREET
SUITE 200
COLUMBUS  OH 43215-2417

AUNT MILLIESPERFECTION BAKERY
350 PEARL STREET
FORT WAYNE  IN 46802-1508

BEST WESTERN INTERNATIONAL  INC
PO BOX 842700
LOS ANGELES  CA 90084-5080

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
BHAVNA VASANI                      BRENDA FISCHBACH                   BUCKEYE LODGING   LLC
5955 EAST DUBLIN GRANVILLE ROAD    8629 PATTERSON HALPIN RD           5955 EAST DUBLIN GRANVILLE ROAD
NEW ALBANY   OH 43054-9749         SIDNEY   OH 45365-8626             NEW ALBANY   OH 43054-9749



CAITLIN C CONKLIN   ESQ            CARBONS GOLDEN MALTED              CENTERPOINT ENERGY
KL GATES LLP                       PO BOX 129                         111 LOUISIANA STREET
ONE NEWARK CENTER   TENTH FLOOR    CONCORDVILLE   PA 19331-0128       HOUSTON   TX 77002
1085 RAYMOND BOULEVARD
NEWARK   NEW JERSEY 07102-5218



CHARTER COMMUNICATIONS             (P)JPMORGAN CHASE BANK   N A       CHRISTIE HAYHURST
PO BOX 6030                        BANKRUPTCY MAIL INTAKE TEAM        2103 MARION AVENUE
CAROL STREAM   IL 60197-6030       700 KANSAS LANE FLOOR 01           ZANESVILLE   OH 43701-2034
                                   MONROE LA 71203-4774



CHRISTINE BOWERS                   CITY OF SIDNEY                     CITY OF SIDNEY   UTILITY
925 LANGAN LANE                    201 W POPLAR STREET                201 W POPLAR ST
ZANESVILLE   OH 43701-8050         SIDNEY   OHIO 45365-2720           SIDNEY   OH 45365-2720



COLUMBIA GAS OF OHIO   INC         (P)COLUMBIA GAS                    CRYSTAL FRANCIS
290 W NATIONWIDE BLVD              290 W NATIONWIDE BLVD 5TH FL       632 FOLKERTH AVE   62
UNIT 114                           BANKRUPTCY DEPARTMENT              SIDNEY   OH 45365-9091
COLUMBUS   OH 43215-1082           COLUMBUS OH 43215-4157



DANIELLE DARBY                     DAVID S CATUOGNO   ESQ             DAYTON HOTELS 2   LLC
225 EASTWOOD DRIVE                 KL GATES LLP                       5955 EAST DUBLIN GRANVILLE ROAD
ZANESVILLE   OH 43701-4632         ONE NEWARK CENTER   TENTH FLOOR    NEW ALBANY   OH 43054-9749
                                   1085 RAYMOND BOULEVARD
                                   NEWARK   NEW JERSEY 07102-5218



DAYTON HOTELS   LLC                DEBRA KUEMPEL                      DIRECT TV
5955 EAST DUBLIN GRANVILLE ROAD    PO BOX 701620                      2260 E IMPERIAL HWY
NEW ALBANY   OH 43054-9749         CINCINNATI   OH 45270-1620         EL SEGUNDO   CA 90245-3501



DONNELLON MCCARTHY                 DOUG KNIPP                         EDWARD CAHILL
10855 MEDALLION DRIVE              1293 6TH AVE                       OFFICE OF THE US TRUSTEE
CINCINNATI   OH 45241-4829         SISNEY   OH 45365-1074             170 N HIGH STREET   SUITE 200
                                                                      COLUMBUS   OH 43215-2417



ELITE HOSPITALITY   LLC            EMERSON                            EPRO SERVICES
5955 EAST DUBLIN GRANVILLE ROAD    800 WEST FLORISSANT AVE            1491 POLARIS PARKWAY   217
NEW ALBANY   OH 43054-9749         SAINT LOUIS   MN 63136             COLUMBUS   OH 43240-2041
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Case 2:23-bk-53043    Doc 336    Filed 01/14/25    Entered 01/14/25 15:46:53    Desc Main
Document      Page 5 of 8

| | | |
|---|---|---|
| ERIC GLAZER ESQ<br>CO JANUS HOTEL MANAGEMENT SERVICE<br>2300 CORPORATE BLVD NW 232<br>BOCA RATON FL 33431-7359 | ERIC SIMMONS<br>1173 CHEVY LANE<br>PIQUA OH 45356-8559 | EXPEDIA<br>PO BOX 844120<br>DALLAS TX 75284-4120 |
| EXCLUDE<br>(D)EXPEDIA<br>PO BOX 844120<br>DALLAS TX 75284-4120 | GINTERS PROPERTY MAINTENANCE<br>8062 MARTZ PAULIN ROAD<br>FRANKLIN OH 45005-4016 | GORDON FOOD SERVICES INC<br>PO BOX 88029<br>CHICAGO IL 60680-1029 |
| GUEST SUPPLY<br>PO BOX 6771<br>SOMERSET NJ 08875-6771 | HD SUPPLY FACILITIES MAINTENANCE LTD<br>PO BOX 509058<br>SAN DIEGO CA 92150-9058 | HARLIE SWOPE<br>8629 PATTERSON HALPIN RD<br>SIDNEY OH 45365-8626 |
| HILLIARD HOTELS LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY OH 43054-9749 | HILLSIDE MAINTENANCE COMPANY<br>3300 SPRING GROVE AVE<br>CINCINNATI OH 45225-1327 | HILTON<br>755 CROSSOVER LANE<br>MEMPHIS TN 38117-4906 |
| HILTON FRANCHISE HOLDING LLC<br>755 CROSSOVER LANE<br>MEMPHIS TN 38117-4906 | IGEL<br>2040 ALUM CREEK DRIVE<br>COLUMBUS OH 43207-1714 | IMAGE HOTEL SYSTEMS<br>DEPT 0308<br>P O BOX 12038<br>DALLAS TX 75312-0001 |
| INNVITE HOSPITALITY GROUP LLC<br>5955 E DUBLIN GRANVILLE RD<br>NEW ALBANY OH 43054-9749 | INNVITE HOSPITALITY GROUP LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY OH 43054-9749 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ITRIA VENTURES LLC<br>CO C KEVIN KOBBE<br>DLA PIPER LLP US<br>650 SOUTH EXETER STREET SUITE 1100<br>BALTIMORE MD 21202-4576 | ITRIA VENTURES LLC<br>1 PENN PLAZA SUITE 3101<br>NEW YORK NY 10119-3101 | J K LANDSCAPING<br>3297 ST RT 29 NORTH<br>SIDNEY OH 45365-9611 |
| JANUS HOTEL MANAGEMENT SERVICE<br>ATTN TOM MOORE<br>6001 ROCKSIDE ROAD<br>INDEPENDENCE OH 44131-2209 | KL GATES LLP<br>ONE NEWARK CENTER 10TH FLOOR<br>1085 RAYMOND BLVD<br>NEWARK NJ 07102-5218 | KEMISHA WATSON<br>7500 VANTAGE DR<br>COLUMBUS OH 43235-8401 |
| KOORSEN FIRE SECURITY<br>2719 N ARLINGTON AVENUE<br>INDIANAPOLIS IN 46218-3300 | LATASHA DUNGEE<br>932 KEEN STREET<br>ZANESVILLE OH 43701-3321 | LANCASTER HOSPITALITY LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY OH 43054-9749 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LEXYL TRAVEL TECHNOLOGIES<br>205 DATURA STREET   10TH FL<br>WEST PALM BEACH   FL 33401-5658 | EXCLUDE<br>(D)LEXYL TRAVEL TECHNOLOGIES   LLC<br>205 DATURA ST<br>10TH FLOOR<br>WEST PALM BEACH   FL 33401-5658 | MAILENDER<br>PO BOX 23158<br>NEW YORK  NY 10087-3158 |
| MARLENE AGUDO<br>14 MEETING HOUSE RD<br>DAYTON   OH 45459-2516 | MARTAYA ALEXANDER<br>1021 STONYRIDGE AVE<br>TROY   OH 45373-1629 | MEGA CITY FIRE   SECURITY<br>8210 EXPANSION WAY<br>DAYTON   OH 45424-6382 |
| MICHAEL B BACH   ESQ<br>DEHAAN   BACH   LPA<br>25 WHITNEY DRIVE   SUITE 106<br>MILFORD   OH 45150-8400 | MICHELLE HUER<br>11754 US RT 127<br>WEST MANCHESTER   OH 45382-9702 | MICHELLE WILLIAMS<br>829 SPRUCE AVENUE<br>SIDNEY   OH 45365-3362 |
| MIRACLE METHOD OF COLUMBUS<br>1575 INTEGRITY DRIVE E<br>COLUMBUS   OH 43209-2707 | MONTGOMERY COUNTY BOARD OF COMM<br>451 W THIRD ST<br>DAYTON   OH 45422-1000 | MONTGOMERY COUNTY CONVENTION FAC<br>22 E 5TH STREET<br>DAYTON   OH 45402-2413 |
| MONTGOMERY COUNTY ENVIRONMENTAL<br>1850 SPAULDING RD<br>KETTERING   OH 45432-3732 | MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON   OH 45422-1000 | MUSKINGUM COMMISSIONER<br>401 MAIN STREET<br>ZANESVILLE   OH 43701-3570 |
| MUSKINGUM CONVENTION<br>113 NORTH FIFTH STREET<br>ZANESVILLE OH 43701-3533 | MUSKINGUM COUNTY<br>BOARD OF COMMISSIONERS<br>401 MAIN STREET<br>ZANESVILLE   OH 43701-3570 | EXCLUDE<br>(D)MUSKINGUM COUNTY BOARD OF<br>COMMISSIONERS<br>401 MAIN STREET<br>ZANESVILLE   OH 43701-3519 |
| MUSKINGUM COUNTY CONVENTION<br>ATTN DOWNTOWN CSR<br>113 N 5TH ST<br>ZANESVILLE   OH 43701-3533 | MUSKINGUM COUNTY CONVENTION<br>ATTN DOWNTOWN CSR<br>113 NORTH FIFTH STREET<br>ZANESVILLE   OH 43701-3533 | MUSKINGUM COUNTY TREASURER<br>MUSKINGUM COUNTY COURTHOUSE<br>401 MAIN STREET<br>ZANESVILLE   OH 43701-2699 |
| MUSKINGUM COUNTY UTILITIES<br>375 RICHARDS ROAD<br>ZANESVILLE   OH 43701-6605 | NOAH M SCHOTTENSTEIN   ESQ<br>DLA PIPER LLP<br>1900 NORTH PEARL ST   SUITE 2200<br>DALLAS   TX 75201-2482 | OAK HILLS HOTELS   LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY   OH 43054-9749 |
| (P)OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT ATTN BANKRUPTCY MANAGER<br>30 E BROAD ST<br>14TH FLOOR<br>COLUMBUS OH 43215-3414 | EXCLUDE<br>(D)(P)OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT ATTN BANKRUPTCY MANAGER<br>30 E BROAD ST<br>14TH FLOOR<br>COLUMBUS OH 43215-3414 | (P)OHIO BUREAU OF WORKERS COMPENSATION<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 |

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                              EXCLUDE
(D)(P)OHIO BUREAU OF WORKERS         (D)(P)OHIO BUREAU OF WORKERS         OHIO DEPARTMENT OF JOB  FAMILY SERVICE
COMPENSATION                         COMPENSATION                         REVENUE RECOVERY  LITIGATION
PO BOX 15567                         PO BOX 15567                         30 BROAD ST
COLUMBUS OH 43215-0567               COLUMBUS OH 43215-0567               COLUMBUS  OH 43215-3414


OHIO DEPARTMENT OF TAXATION          (P)OHIO DEPARTMENT OF TAXATION       OHIO DEPT OF TAXATION
ATTN BANKRUPTCY DIVISION             BANKRUPTCY DIVISION                  ATTN BANKRUPTCY DIVISION
PO BOX 530                           30 EAST BROAD STREET                 30 E BROAD STREET  21ST FL
COLUMBUS  OH 43216-0530              COLUMBUS OHIO 43215-3414             COLUMBUS  OH 43215-3414


OHIO SECRETARY OF STATE              ONITY  INC                           OTIS ELEVATOR
180 E BROAD STREET                   4001 FAIRVIEW INDUSTRIAL DRIVE SE    321 S MAIN STREET
COLUMBUS  OH 43215-3726              SALEM  OR 97302-1142                 DAYTON  OH 45402-2735


PAMELA ARNDT                         PAUL TYO                             PLASTICARD
OFFICE OF THE US TRUSTEE             370 MAIN STREET                      PO BOX 679814
170 N HIGH STREET  SUITE 200         GRATIOT  OH 43740                    DALLAS  TX 75267-9814
COLUMBUS  OH 43215-2417


PLUNKETTS PEST CONTROL               RSS WFCM2019C50OH WG2  LLC           SG HOSPITALITY  INC
40 52ND WAY NE                       RIALTO CAPITAL ADVISORS  LLC         5955 EAST DUBLIN GRANVILLE ROAD
MINNEAPOLIS  MN 55421-1014           200 SOUTH BISCAYNE BLVD  SUITE 3550  NEW ALBANY  OH 43054-9749
                                     MIAMI  FL 33131-2379


SMV HOTELS  LLC                      SARA FRIDLEY                         SECURITIES AND EXCHANGE COMMISSION
5955 EAST DUBLIN GRANVILLE ROAD      712 COUNTY SIDE LANE  APT 11         175 WEST JACKSON BLVD
NEW ALBANY  OH 43054-9749            SIDNEY  OH 45365-5215                SUITE 900
                                                                          CHICAGO  IL 60604-2908


SEIDMAN  PINCUS  LLC                 SERVICEMASTER                        SHELBY COUNTY TREASURER
777 TERRACE AVENUE  SUITE 508        1524 E 2ND STREET                    SHELBY COUNTY ANNEX  3RD FLOOR
HASBROUCK HEIGHTS  NJ 07604-3114     DAYTON  OH 45403-1025                SIDNEY  OH 45365


SITE SEARCH  LLC                     SOLO PROJECT                         SUNBURST HOTELS  LLC
55 BUTTERCUP COURT                   701 CANYON DRIVE  SUITE 105          5955 EAST DUBLIN GRANVILLE ROAD
MARCO ISLAND  FL 34145-3480          COPPELL  TX 75019-3873               NEW ALBANY  OH 43054-9749


SUPER 8 WORLDWIDE  INC               SUPER 8 WORLDWIDE  INC               SUPER 8 WORLDWIDE  INC
15020 COLLECTIONS CENTER DRIVE       22 SYLVAN WAY                        CO KL GATES LLP
CHICAGO  IL 60693-0001               PARSIPPANY  NJ 07054-3801            ATTN CAITLIN C CONKLIN  ESQ
                                                                          ONE NEWARK CENTER  10TH FLOOR
                                                                          NEWARK  NJ 07102-5237
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNERGY HOTELS   LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY   OH 43054-9749 | SYSCO   CINCINNATI<br>10510 EVENDALE DR<br>CINCINNATI   OH 45241-2516 | TAMI HART KIRBY   ESQ<br>PORTER WRIGHT MORRIS   ARTHUR LLP<br>1 S MAIN STREET   SUITE 1600<br>DAYTON   OH 45402-2088 |
| ~~EXCLUDE~~<br>~~(D)TAMI HART KIRBY   ESQ~~<br>~~PORTER WRIGHT MORRIS   ARTHUR   LLP~~<br>~~1 S MAIN STREET   SUITE 1600~~<br>~~DAYTON   OH 45402-2088~~ | TANISHA JONES<br>1758 GAYNOR ROAD<br>COLUMBUS   OH 43227-2544 | TEHRAH HOSPITALITY   LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY   OH 43054-9749 |
| THE OHIO PAINTING COMPANY<br>3040 S TECH BLVD<br>MIAMISBURG   OH 45342-4860 | TIMOTHY SELL<br>COUNTY COURTHOUSE   1ST FLOOR<br>SIDNEY   OH 45365-4159 | TINA LANNING<br>7335 MUTTON RIDGE<br>ZANESVILLE   OH 43701-8173 |
| TOM MOORE<br>6001 ROCKSIDE ROAD<br>INDEPENDENCE   OH 44131-2209 | TURN KEY ENVIRONMENTAL<br>31 S MAIN STREET   SUITE 214<br>DAYTON   OH 45402-2070 | US ATTORNEY   COLUMBUS<br>303 MARCONI BLVD   200<br>COLUMBUS   OH 43215-2840 |
| US ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING RM 5111<br>10TH   CONSTITUTION AVE NW<br>WASHINGTON   DC 20530-0001 | US FOODS   INC<br>9399 W HIGGINS ROAD   SUITE 100<br>ROSEMONT   IL 60018-4910 | US SMALL BUSINESS ADMINISTRATION<br>200 W SANTA BLVD   SUITE 740<br>SANTA ANA   CA 92701 |
| UNIGUEST<br>225 KRAFT DRIVE<br>NASHVILLE   TN 37230 | WALTER REYNOLDS   ESQ<br>PORTER WRIGHT MORRIS   ARTHUR   LLP<br>1 S MAIN STREET   SUITE 1600<br>DAYTON   OH 45402-2088 | ~~EXCLUDE~~<br>~~(D)WALTER REYNOLDS   ESQ~~<br>~~PORTER   WRIGHT   MORRIS   ARTHUR   LLP~~<br>~~1 S MAIN STREET   SUITE 1600~~<br>~~DAYTON   OH 45402-2088~~ |
| WASHINGTON TOWNSHIP TRUSTEES<br>8200 MCEWEN ROAD<br>DAYTON   OH 45458-2050 | WASTE MANAGEMENT OF OHIO   INC<br>PO BOX 4648<br>CAROL STREAM   IL 60197-4648 | WELCOME GROUP   LLC<br>5955 EAST DUBLIN GRANVILLE ROAD<br>NEW ALBANY   OH 43054-9749 |
| WILSON MEMORIAL HOSPITAL<br>915 W MICHIGAN ST<br>SIDNEY   OH 45365-2491 | DARLENE E FIERLE<br>140 NORTH MAIN STREET<br>SUITE A<br>SPRINGBORO   OH 45066-1356 | DAVID BECK<br>ATTN   DAVID BECK<br>280 N HIGH ST   SUITE 1300<br>COLUMBUS   OH 43215-7515 |
| ~~EXCLUDE~~<br>~~DENIS E BLASIUS~~<br>~~140 N MAIN STREET~~<br>~~SPRINGBORO   OH 45066-1356~~ | IRA H THOMSEN<br>140 NORTH   MAIN ST   SUITE A<br>PO BOX 639<br>SPRINGBORO   OH 45066-0639 | STEVEN J COVERT<br>3791 ATTUCKS DRIVE<br>POWELL   OH 43065-6080 |