# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 23-53043 |
| | * | (Chapter 11) |
| Welcome Group 2, LLC[1] | * | |
| | * | (Judge Mina Nami Khorrami) |
| | * | |
| Debtor/Debtor-in-Possession. | * | (Jointly Administered) |

### NOTICE OF APPLICATION OF DEBTORS/DEBTORS-IN-POSSESSION FOR ALLOWANCE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR INTEGRA REALTY RESOURCES, APPRAISERS FOR DEBTORS/DEBTORS-IN-POSSESSION DAYTON HOTELS 2, LLC

Debtors/Debtors-in-Possession have filed their Application for Compensation and Reimbursement of Expenses, for Integra Realty Resources, Appraisers for the Debtors/Debtors-in-Possession Dayton Hotels 2, LLC, a copy of which is attached hereto, in the total amount of $3,900.00 for fees and $0.00 for expenses the period August 25, 2025 to November 30, 2025.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then on or before **twenty-one (21) days from the date set forth in the Certificate of Service for the** Application, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

**U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215**

OR your attorney must file a response using the Court's ECF system.

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy of your response either by 1) the Court's ECF system or 2) regular U.S. Mail to:

**Darlene E. Fierle, Esq., 140 North Main Street, Suite A, Springboro, OH 45066**

**Office of the U.S. Trustee, 170 North High Street, Columbus, OH Suite 200, 43215**

---

[1] Debtors include Welcome Group, LLC, Dayton Hotels, LLC (Case No. 23-53044), Hilliard Hotels, LLC (Case No. 23-53045), and Dayton Hotels 2, LLC (Case No. 25-52719).

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further hearing or notice.

| | |
|---|---|
| Date of Service:  December 2, 2025 | /s/ Darlene E. Fierle |
| | Darlene E. Fierle (0081217) |
| | Denis E. Blasius (0082617) |
| | Ira H. Thomsen (0023965) |
| | Thomsen Law Group, LLC |
| | 140 North Main Street, Suite A |
| | Springboro, Ohio 45066 |
| | 937-748-5001 |
| | 937-404-6630 (Fax) |
| | dfierle@ihtlaw.com |
| | *Counsel for Debtors/Debtors-in-Possession* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 23-53043 |
| | * | (Chapter 11) |
| Welcome Group 2, LLC[2] | * | |
| | * | (Judge Mina Nami Khorrami) |
| | * | |
| Debtor/Debtor-in-Possession. | * | (Jointly Administered) |

**INTERIM APPLICATION OF DEBTORS/DEBTORS-IN-POSSESSION FOR ALLOWANCE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR INTEGRA REALTY RESOURCES, APPRAISERS FOR DEBTOR DAYTON HOTELS 2, LLC**

Debtor and Debtor-in-Possession Dayton Hotels 2, LLC ("Debtor"), hereby applies for interim payment of professional fees for Integra Realty Resources, Appraisers for the Debtor ("Applicant") for the period August 25, 2025 to November 30, 2025 (the "Application"), and state as follows:

1. Applicant is Appraiser for the Debtors and makes this Application for Allowance of Interim Compensation Pursuant to *LBR* 2016-1 and Sections 330 and 331 of the *U.S. Bankruptcy Code*, for professional services rendered and for reimbursement of out-of-pocket expenses necessarily incurred by Applicant in the representation of the Debtor.

2. The Debtor filed a voluntary petition under Chapter 11 of the *U.S. Bankruptcy Code* on June 20, 2025 (the "Petition Date").

3. On August 25, 2025, the Debtors applied for approval to employ Integra Realty Resources, as their appraiser (the "Dayton 2 Case") (*Doc*. 109)[3]. Said Application was approved by the Court on October 16, 2025 (*Doc*. 480)[4], which approved an hourly fee structure for expert testimony, and a flat fee structure for completing appraisals of the Debtor as set forth below. The

---

[2] Debtors include Welcome Group, LLC, Dayton Hotels, LLC (Case No. 23-53044), Hilliard Hotels, LLC (Case No. 23-53045), and Dayton Hotels 2, LLC (Case No. 25-52719)
[3] Doc. 109 in Case No. 25-52719).
[4] Doc. 480 in Case No. 23-53043.

terms of employment for said appraiser are contained in the Application. The source of the compensation is the Debtor.

4. Applicant has not previously filed an application for interim compensation herein.

5. Applicant has not received any retainer from Debtor and does not currently have any funds on retainer.

6. Applicant has completed the appraisals the Debtor and is seeking payment of the flat fees as approved by this Court, in the amount of $3,900 for each Debtor.

7. The total balance due on this Application is $3,900 for fees and $0.00 for expenses.

8. During the period August 25, 2025 to November 30, 2025, the Applicant provided appraisal services for the benefit of the Debtor as more particularly described in Exhibit "A" attached hereto.

9. The aforesaid services of the Applicant were performed as follows:

| Service | Flat Rate |
|---|---|
| Appraisal of Dayton Hotels 2, LLC, 20 Rockridge Road, Englewood, Ohio 45322 | $3,900.00 |
| Total: | $3,900.00 |

10. Applicant is entitled to compensation in the amount requested pursuant to *Section 330* of the *U.S. Bankruptcy Code*.

11. Applicant certifies that no compensation is being sought for unnecessary or duplicative services.

12. No payments have been made on this Application and/or the invoice attached

hereto.

13.　　The Court has not previously approved Applicant's request for interim compensation or reimbursement of expenses for the subject period.

14.　　Significant events in the case which occurred during the period covered by the Application include but are not limited to completion of appraisal of the Debtor.

15.　　All required monthly Operating Reports have been filed and all United States Trustee Fees have been paid/are current. To the best of Applicant's knowledge, this Application complies with United States Trustee Fee guidelines.

16.　　The Responsible Person has reviewed and approved the Invoices appended hereto as Exhibit "A". The Responsible Person has indicated approval of same by his signature below.

WHEREFORE, Debtors pray that the Court authorize payment to Integra Realty Resources, in the sum of $3,900.00 for fees and $0.00 for expenses for the period of August 25, 2025 to November 30, 2025.

APPROVED:

**INTEGRA REALTY RESOURCES**       **INNVITE OPCO, INC.**

/s/ Michael P. Hunter                 /s/ Abhijit Vasani
Michael P. Hunter                     Abhijit Vasani, President

*Appraiser for Debtor/Debtor-In-Possession*    *Sole Member*
*Dayton Hotels 2, LLC*                    *Dayton Hotels 2, LLC*

                                       Respectfully submitted,

                                       /s/ Darlene E. Fierle
                                       Darlene E. Fierle (0081217)
                                       Denis E. Blasius (0082617)
                                       Ira H. Thomsen (0023965)
                                       Thomsen Law Group, LLC
                                       140 North Main Street, Suite A
                                       Springboro, Ohio 45066
                                       937-748-5001
                                       937-404-6630 (Fax)
                                       dfierle@ihtlaw.com
                                       *Counsel for Debtors/Debtors-in-Possession*



**Integra Realty Resources**
www.irr.com

Cincinnati | Dayton | Columbus

8241 Cornell Road
Suite 210
Cincinnati, OH 45249

T (513) 561-2305
F (513) 561-2881

**EXHIBIT A**

## Invoice

**Invoice Number:** 111-2025-0484
**Invoice Date:** 11/20/2025

**BILL TO:**
InnVite Hospitality
4200 Regent Street, Suite 210
Columbus OH 43219
Attn: Andy Vasani

| | | |
|---|---|---|
| **Project No.** 111-2025-0484 | **Project Name:** Days Inn Dayton Airport | |

Appraisal Services                                                                                       3,900.00

   20 Rockridge Road
   Englewood, Montgomery County, Ohio 45322

---

*Please make check payable to:* **Integra Cincinnati/Columbus, Inc.**
*Note Invoice number on check.*   *111-2025-0484*

Terms:   Net 30 Days

| | |
|---|---:|
| **Total (USD)** | **$3,900.00** |
| Retainers on Account | $0.00 |
| Retainers Applied | $0.00 |
| Payments Applied | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$3,900.00** |

**Mail payments to:**
8241 Cornell Road
Suite 210
Cincinnati OH 45249

Note: Please send your W-9 requests and all e-mail confirmations of payment to kschwartz@irr.com
Tax ID: 45-3062615