IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re: | ) | Case No. 23-53043 |
| | ) | |
| WELCOME GROUP 2, LLC[1] | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtor-in-Possession | ) | |
| | ) | Judge Nami Khorrami |

### UNITED STATES TRUSTEE'S REPORT TO COURT ON THE INTERIM APPLICATION OF DEBTORS/DEBTORS-IN-POSSESSION FOR ALLOWANCE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR INTEGRA REALTY RESOURCES, APPRAISER FOR DEBTOR DAYTON HOTELS 2, LLC (Docket No. 523)

The U.S. Trustee has reviewed the Interim Application of Debtors/Debtors-in-Possession for Allowance for Compensation and Reimbursement of Expenses for Integra Realty Resources, Appraiser for Debtor Dayton Hotels 2, LLC (Fee Application, Docket No. 523). The U.S. Trustee has not identified issues with the Fee Application and does not request a hearing.

Dated: December 10, 2025

Respectfully submitted,
Andrew R. Vara
United States Trustee for Regions 3 and 9

*/s/ Pamela Arndt*
Pamela Arndt (0068230)
U.S. Department of Justice
U.S. Trustee Program
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7415
Email: pamela.d.arndt@usdoj.gov
*Trial Attorney for the U.S. Trustee*

---

[1] This case is jointly administered with *In re Dayton Hotels, LLC*, Case No. 23-53044, *In re Hilliard Hotels, LLC*, Case No. 23-53045, and *In re Dayton Hotels 2, LLC*, Case No. 25-52719.

## **CERTIFICATE OF SERVICE**

      I certify that on or about December 10, 2025, a copy of the foregoing UNITED STATES TRUSTEE'S REPORT TO COURT ON THE INTERIM APPLICATION OF DEBTORS/DEBTORS-IN-POSSESSION FOR ALLOWANCE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR INTEGRA REALTY RESOURCES, APPRAISER FOR DEBTOR DAYTON HOTELS 2, LLC was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) on the following by ordinary U.S. Mail addressed to:

Welcome Group 2, LLC
5955 East Dublin Granville Road
New Albany, OH 43054

ACE Staffing Agency LLC
4127 Winners Circle
Apt 216
Sarasota, FL 34238

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216

                                                                    By:    */s/ Pamela Arndt*
                                                                               Pamela Arndt